ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>    vs.<br><br>TATTOOED CHEF, INC., et al.,<br><br>                       Defendants. | Case No. 2:22-cv-09311-GW-E<br><br>DECLARATION OF KENNETH P. DOLITSKY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:     Thursday, March 23, 2023<br>TIME:     8:30 a.m.<br>CTRM:   9D<br>JUDGE:  Hon. George H. Wu |

4871-1180-0402.v1

I, KENNETH P. DOLITSKY, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Viktor Grigorescu, Gyrosol V. Johnston, Dan Kogan, and Kogan Holdings Limited (collectively, the "Tattooed Chef Investor Group"), and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Tattooed Chef Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on December 23, 2022;

Exhibit B:    The Tattooed Chef Investor Group's Certifications;

Exhibit C:    The Tattooed Chef Investor Group's estimated losses, prepared by counsel; and

Exhibit D:    Joint Declaration of Viktor Grigorescu, Gyrosol V. Johnston, and Dan Kogan.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2023.

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

- 1 -

4871-1180-0402.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 21, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ Kenneth P. Dolitsky</u>
KENNETH P. DOLITSKY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  kdolitsky@rgrdlaw.com

4871-1180-0402.v1

# Mailing Information for a Case 2:22-cv-09311-GW-E Dinko Mihaylov v. Tattooed Chef, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Craig Varnen**
  cvarnen@gibsondunn.com

- **Brian Yang**
  BYang2@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)