# EXHIBIT B

Exhibit B
004

<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>

Viktor Grigorescu ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___18___ day of February, 2023.

DocuSigned by:

*Viktor Grigorescu*

4851C4353127419...

Viktor Grigorescu

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

**Acct 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/22/2021 | 0 | $20.27 |
| 03/22/2021 | 1 | $20.10 |
| 03/22/2021 | 4 | $20.24 |
| 03/22/2021 | 38 | $20.10 |
| 03/31/2021 | 0 | $19.39 |
| 03/31/2021 | 1 | $19.24 |
| 03/31/2021 | 1 | $19.14 |
| 03/31/2021 | 35 | $19.25 |
| 03/31/2021 | 49 | $19.39 |
| 03/31/2021 | 100 | $19.45 |
| 03/31/2021 | 100 | $19.54 |
| 03/31/2021 | 142 | $19.15 |
| 04/01/2021 | 100 | $19.60 |
| 04/06/2021 | 43 | $19.88 |
| 04/08/2021 | 1 | $19.42 |
| 04/09/2021 | 66 | $18.98 |
| 04/09/2021 | 90 | $19.00 |
| 04/15/2021 | 50 | $18.27 |
| 04/19/2021 | 48 | $17.07 |
| 04/26/2021 | 2 | $17.67 |
| 04/26/2021 | 18 | $17.87 |
| 04/26/2021 | 32 | $17.67 |
| 04/26/2021 | 50 | $17.66 |
| 04/26/2021 | 65 | $17.87 |
| 04/28/2021 | 84 | $17.73 |
| 04/28/2021 | 135 | $17.74 |
| 05/03/2021 | 2 | $18.42 |
| 05/03/2021 | 14 | $18.42 |
| 05/04/2021 | 100 | $17.58 |
| 05/12/2021 | 100 | $16.99 |
| 05/17/2021 | 50 | $17.95 |
| 06/03/2021 | 18 | $22.00 |
| 06/04/2021 | 1 | $22.43 |
| 06/04/2021 | 5 | $22.34 |
| 06/04/2021 | 26 | $22.32 |
| 06/08/2021 | 17 | $22.99 |
| 06/10/2021 | 14 | $22.03 |
| 06/10/2021 | 100 | $21.99 |
| 06/10/2021 | 333 | $22.00 |
| 06/14/2021 | 36 | $22.38 |
| 06/22/2021 | 100 | $19.90 |
| 06/24/2021 | 100 | $20.10 |
| 06/25/2021 | 100 | $19.99 |
| 06/28/2021 | 68 | $20.00 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/07/2021 | 1 | $19.68 |
| 07/12/2021 | 0 | $20.00 |
| 07/12/2021 | 10 | $19.99 |
| 07/12/2021 | 31 | $20.00 |
| 07/14/2021 | 50 | $20.00 |
| 07/14/2021 | 90 | $20.10 |
| 07/14/2021 | 100 | $20.10 |
| 07/14/2021 | 200 | $20.00 |
| 07/27/2021 | 43 | $19.15 |
| 08/23/2021 | 7 | $18.00 |
| 12/03/2021 | 16 | $15.50 |
| 12/03/2021 | 84 | $15.35 |
| 12/03/2021 | 100 | $15.17 |
| 12/03/2021 | 100 | $15.58 |
| 01/10/2022 | 40 | $13.78 |
| 01/24/2022 | 60 | $11.14 |
| 05/05/2022 | 6 | $8.00 |
| 05/09/2022 | 1 | $7.57 |
| 05/20/2022 | 3 | $6.57 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 08/12/2022 | 10 | $7.00 |

**Acct 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/12/2021 | 1 | $18.98 |
| 04/12/2021 | 1 | $18.97 |
| 04/12/2021 | 1 | $18.98 |
| 04/12/2021 | 2 | $18.95 |
| 04/12/2021 | 32 | $18.95 |
| 06/10/2021 | 1 | $22.03 |
| 06/10/2021 | 100 | $22.00 |
| 07/07/2021 | 1 | $19.72 |
| 07/07/2021 | 25 | $19.72 |
| 07/13/2021 | 1 | $20.45 |
| 07/13/2021 | 51 | $20.45 |
| 07/27/2021 | 1 | $19.10 |
| 07/27/2021 | 21 | $19.10 |
| 08/13/2021 | 25 | $17.19 |
| 03/11/2022 | 25 | $12.00 |
| 03/14/2022 | 25 | $11.00 |
| 03/23/2022 | 25 | $12.25 |

**Acct 3**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/29/2021 | 4 | $19.20 |
| 03/29/2021 | 35 | $19.25 |
| 03/31/2021 | 26 | $19.30 |
| 04/07/2021 | 50 | $20.00 |
| 04/19/2021 | 2 | $17.05 |
| 04/19/2021 | 27 | $17.04 |
| 04/20/2021 | 32 | $15.77 |
| 04/28/2021 | 13 | $17.86 |
| 04/28/2021 | 71 | $17.86 |
| 05/04/2021 | 1 | $17.78 |
| 05/06/2021 | 36 | $16.86 |
| 05/10/2021 | 100 | $16.80 |
| 05/11/2021 | 100 | $16.43 |
| 05/13/2021 | 100 | $16.97 |
| 06/10/2021 | 200 | $21.98 |
| 03/14/2022 | 19 | $10.50 |
| 03/14/2022 | 5 | $10.99 |
| 04/20/2022 | 1 | $9.95 |
| 05/11/2022 | 50 | $6.41 |
| 05/11/2022 | 25 | $6.75 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 08/12/2022 | 300 | $7.00 |

Prices listed are rounded up to two decimal places.

*Opening position of 729 shares for Acc 1.
*Opening position of 63 shares Acct 2.
*Opening position of 203 shares Acct 3.

Exhibit B
008

DocuSign Envelope ID: 91799BF6-C567-4922-92AF-66F366722DCE

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Gyrosol V. Johnston ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __15__ day of February, 2023.

DocuSigned by:

91EE9E915F434BD...

_____
Gyrosol V. Johnston

TATTOOED CHEF

Exhibit B
009

DocuSign Envelope ID: 91799BF6-C567-4922-92AF-66F366722DCE

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Account 1

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/11/2021 | 9,843 | $16.66 |

### Account 2

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/05/2022 | 6,085 | $7.53 |
| 08/05/2022 | 665 | $7.41 |
| 08/05/2022 | 200 | $7.41 |
| 08/05/2022 | 3,910 | $7.40 |
| 08/05/2022 | 1,890 | $7.40 |

### Account 3

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/03/2021 | 451 | $22.31 |
| 10/12/2021 | 375 | $18.64 |
| 10/27/2021 | 449 | $17.82 |
| 11/17/2021 | 580 | $16.29 |
| 01/11/2022 | 499 | $13.91 |
| 05/17/2022 | 145 | $7.25 |
| 05/24/2022 | 75 | $6.60 |
| 05/31/2022 | 185 | $7.19 |
| 06/07/2022 | 179 | $7.27 |
| 06/14/2022 | 135 | $6.18 |
| 06/21/2022 | 151 | $6.60 |
| 07/06/2022 | 143 | $6.55 |
| 07/12/2022 | 149 | $6.06 |
| 07/20/2022 | 125 | $6.55 |
| 07/26/2022 | 90 | $6.29 |
| 08/03/2022 | 136 | $6.60 |
| 08/16/2022 | 113 | $7.98 |
| 09/01/2022 | 157 | $6.37 |
| 09/07/2022 | 120 | $6.23 |
| 09/16/2022 | 95 | $6.03 |
| 09/21/2022 | 115 | $5.62 |
| 09/28/2022 | 105 | $5.26 |
| 10/05/2022 | 143 | $4.98 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Dan Kogan ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __19__ day of February, 2023.

DocuSigned by:

*Dan Kogan*

5ED1667AD5C3495...

_____

Dan Kogan

TATTOOED CHEF
Exhibit B
011

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/22/2021 | 200 | $20.24 |
| 08/13/2021 | 200 | $17.23 |
| 10/29/2021 | 555 | $18.10 |
| 11/11/2021 | 250 | $16.60 |
| 01/07/2022 | 750 | $14.50 |

Prices listed are rounded up to two decimal places.

Exhibit B
012

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Kogan Holdings Limited ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __19__ day of February, 2023.

Kogan Holdings Limited

By: _Dan Kogan_
    5ED1667AD5C3495...
    Dan Kogan, Owner

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/22/2021 | 300 | $20.41 |
| 03/23/2021 | 200 | $19.89 |
| 03/25/2021 | 300 | $19.02 |
| 03/25/2021 | 300 | $18.82 |
| 04/07/2021 | 400 | $19.58 |
| 04/08/2021 | 450 | $19.37 |
| 04/09/2021 | 350 | $19.07 |
| 04/12/2021 | 400 | $19.00 |
| 04/13/2021 | 420 | $18.51 |
| 04/19/2021 | 888 | $16.85 |
| 04/20/2021 | 500 | $16.09 |
| 05/06/2021 | 400 | $17.09 |
| 08/13/2021 | 1,000 | $17.23 |
| 08/19/2021 | 450 | $16.25 |
| 10/01/2021 | 555 | $18.38 |
| 10/26/2021 | 611 | $17.75 |
| 11/15/2021 | 888 | $16.30 |
| 12/06/2021 | 370 | $15.39 |
| 01/10/2022 | 555 | $13.90 |
| 01/20/2022 | 1,111 | $13.40 |
| 01/24/2022 | 533 | $11.19 |
| 03/11/2022 | 777 | $11.68 |
| 04/21/2022 | 1,041 | $9.55 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 08/25/2021 | 800 | $19.73 |
| 09/02/2021 | 1,000 | $24.02 |
| 11/17/2021 | 888 | $18.08 |

Prices listed are rounded up to two decimal places.

Exhibit B
014