# EXHIBIT C

Exhibit C
015

Movants' Purchases and Losses    Class Period: 03/20/2021 - 10/12/2022    Tattooed Chef

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|--------|-----------------|-------|----------------|--------------------|
| **Gyrosol V. Johnston - Acct 1** | 05/11/2021 | 9,843 | $16.66 | $163,984.38 | 11/18/2022 | 9,843 | $4.10 | $40,349.41 | |
| | | **9,843** | | **$163,984.38** | | **9,843** | | **$40,349.41** | **($123,634.97)** |
| **Gyrosol V. Johnston - Acct 2** | 08/05/2022 | 6,085 | $7.53 | $45,819.44 | 11/18/2022 | 7,120 | $4.10 | $29,187.02 | |
| | 08/05/2022 | 665 | $7.41 | $4,927.65 | 11/18/2022 | 5,630 | $4.10 | $23,079.06 | |
| | 08/05/2022 | 200 | $7.41 | $1,481.00 | | | | | |
| | 08/05/2022 | 3,910 | $7.40 | $28,934.00 | | | | | |
| | 08/05/2022 | 1,890 | $7.40 | $13,976.55 | | | | | |
| | | **12,750** | | **$95,138.64** | | **12,750** | | **$52,266.08** | **($42,872.57)** |
| **Gyrosol V. Johnston - Acct 3** | 09/03/2021 | 451 | $22.31 | $10,061.81 | 11/18/2022 | 4,715 | $4.10 | $19,328.20 | |
| | 10/12/2021 | 375 | $18.64 | $6,990.00 | | | | | |
| | 10/27/2021 | 449 | $17.82 | $8,001.18 | | | | | |
| | 11/17/2021 | 580 | $16.29 | $9,448.20 | | | | | |
| | 01/11/2022 | 499 | $13.91 | $6,941.09 | | | | | |
| | 05/17/2022 | 145 | $7.25 | $1,051.25 | | | | | |
| | 05/24/2022 | 75 | $6.60 | $495.00 | | | | | |
| | 05/31/2022 | 185 | $7.19 | $1,330.15 | | | | | |
| | 06/07/2022 | 179 | $7.27 | $1,301.33 | | | | | |
| | 06/14/2022 | 135 | $6.18 | $834.30 | | | | | |
| | 06/21/2022 | 151 | $6.60 | $996.60 | | | | | |
| | 07/06/2022 | 143 | $6.55 | $936.65 | | | | | |
| | 07/12/2022 | 149 | $6.06 | $902.94 | | | | | |
| | 07/20/2022 | 125 | $6.55 | $818.75 | | | | | |
| | 07/26/2022 | 90 | $6.29 | $566.10 | | | | | |
| | 08/03/2022 | 136 | $6.60 | $897.60 | | | | | |
| | 08/16/2022 | 113 | $7.98 | $901.74 | | | | | |
| | 09/01/2022 | 157 | $6.37 | $1,000.09 | | | | | |
| | 09/07/2022 | 120 | $6.23 | $747.60 | | | | | |
| | 09/16/2022 | 95 | $6.03 | $572.85 | | | | | |
| | 09/21/2022 | 115 | $5.62 | $646.30 | | | | | |
| | 09/28/2022 | 105 | $5.26 | $552.30 | | | | | |
| | 10/05/2022 | 143 | $4.98 | $712.14 | | | | | |
| | | **4,715** | | **$56,705.97** | | **4,715** | | **$19,328.20** | **($37,377.77)** |
| **Kogan Holdings Limited** | 03/22/2021 | 300 | $20.41 | $6,121.56 | 08/25/2021 | 800 | $19.73 | $15,786.08 | |
| | 03/23/2021 | 200 | $19.89 | $3,978.74 | 09/02/2021 | 1,000 | $24.02 | $24,021.90 | |
| | 03/25/2021 | 300 | $19.02 | $5,705.40 | 11/17/2021 | 888 | $18.08 | $16,059.39 | |
| | 03/25/2021 | 300 | $18.82 | $5,646.30 | held | 10,111 | $2.58 | $26,039.97 | |
| | 04/07/2021 | 400 | $19.58 | $7,830.40 | | | | | |
| | 04/08/2021 | 450 | $19.37 | $8,717.40 | | | | | |
| | 04/09/2021 | 350 | $19.07 | $6,675.90 | | | | | |
| | 04/12/2021 | 400 | $19.00 | $7,599.47 | | | | | |
| | 04/13/2021 | 420 | $18.51 | $7,774.16 | | | | | |
| | 04/19/2021 | 888 | $16.85 | $14,961.20 | | | | | |
| | 04/20/2021 | 500 | $16.09 | $8,044.95 | | | | | |

Exhibit C
016

| | Date | Shares | Price | Amount | | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | 05/06/2021 | 400 | $17.09 | $6,837.36 | | | | | | |
| | 08/13/2021 | 1,000 | $17.23 | $17,228.90 | | | | | | |
| | 08/19/2021 | 450 | $16.25 | $7,312.41 | | | | | | |
| | 10/01/2021 | 555 | $18.38 | $10,199.24 | | | | | | |
| | 10/26/2021 | 611 | $17.75 | $10,844.58 | | | | | | |
| | 11/15/2021 | 888 | $16.30 | $14,469.96 | | | | | | |
| | 12/06/2021 | 370 | $15.39 | $5,695.08 | | | | | | |
| | 01/10/2022 | 555 | $13.90 | $7,712.67 | | | | | | |
| | 01/20/2022 | 1,111 | $13.40 | $14,887.29 | | | | | | |
| | 01/24/2022 | 533 | $11.19 | $5,964.11 | | | | | | |
| | 03/11/2022 | 777 | $11.68 | $9,075.20 | | | | | | |
| | 04/21/2022 | 1,041 | $9.55 | $9,944.05 | | | | | | |
| | | **12,799** | | **$203,226.32** | | | **12,799** | | **$81,907.34** | **($121,318.98)** |
| **Dan Kogan** | 06/22/2021 | 200 | $20.24 | $4,047.26 | held | 1,955 | $2.58 | $5,034.93 | |
| | 08/13/2021 | 200 | $17.23 | $3,445.64 | | | | | | |
| | 10/29/2021 | 555 | $18.10 | $10,045.50 | | | | | | |
| | 11/11/2021 | 250 | $16.60 | $4,149.50 | | | | | | |
| | 01/07/2022 | 750 | $14.50 | $10,874.70 | | | | | | |
| | | **1,955** | | **$32,562.60** | | | **1,955** | | **$5,034.93** | **($27,527.67)** |
| **Viktor Grigorescu - Acct 1** | 03/22/2021 | 0 | $20.27 | $8.72 | 12/02/2022 | 381 | $3.47 | $1,321.91 | |
| | 03/22/2021 | 1 | $20.10 | $10.09 | 12/15/2022 | 1,000 | $3.03 | $3,033.60 | |
| | 03/22/2021 | 4 | $20.24 | $80.96 | 12/27/2022 | 1,000 | $2.79 | $2,787.90 | |
| | 03/22/2021 | 38 | $20.10 | $763.80 | 12/30/2022 | 1,000 | $2.70 | $2,699.50 | |
| | 03/31/2021 | 0 | $19.39 | $7.78 | | | | | | |
| | 03/31/2021 | 1 | $19.24 | $14.70 | | | | | | |
| | 03/31/2021 | 1 | $19.14 | $15.75 | | | | | | |
| | 03/31/2021 | 35 | $19.25 | $673.75 | | | | | | |
| | 03/31/2021 | 49 | $19.39 | $950.11 | | | | | | |
| | 03/31/2021 | 100 | $19.45 | $1,945.00 | | | | | | |
| | 03/31/2021 | 100 | $19.54 | $1,954.00 | | | | | | |
| | 03/31/2021 | 142 | $19.15 | $2,719.30 | | | | | | |
| | 04/01/2021 | 100 | $19.60 | $1,960.00 | | | | | | |
| | 04/06/2021 | 43 | $19.88 | $854.84 | | | | | | |
| | 04/08/2021 | 1 | $19.42 | $19.42 | | | | | | |
| | 04/09/2021 | 66 | $18.98 | $1,252.59 | | | | | | |
| | 04/09/2021 | 90 | $19.00 | $1,709.94 | | | | | | |
| | 04/15/2021 | 50 | $18.27 | $913.50 | | | | | | |
| | 04/19/2021 | 48 | $17.07 | $819.47 | | | | | | |
| | 04/26/2021 | 2 | $17.67 | $35.34 | | | | | | |
| | 04/26/2021 | 18 | $17.87 | $321.66 | | | | | | |
| | 04/26/2021 | 32 | $17.67 | $565.44 | | | | | | |
| | 04/26/2021 | 50 | $17.66 | $883.00 | | | | | | |
| | 04/26/2021 | 65 | $17.87 | $1,161.55 | | | | | | |
| | 04/28/2021 | 84 | $17.73 | $1,489.32 | | | | | | |
| | 04/28/2021 | 135 | $17.74 | $2,394.23 | | | | | | |
| | 05/03/2021 | 2 | $18.42 | $36.84 | | | | | | |
| | 05/03/2021 | 14 | $18.42 | $257.81 | | | | | | |

Exhibit C
017

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 05/04/2021 | 100 | $17.58 | $1,758.00 | | | | | |
| 05/12/2021 | 100 | $16.99 | $1,699.00 | | | | | |
| 05/17/2021 | 50 | $17.95 | $897.50 | | | | | |
| 06/03/2021 | 18 | $22.00 | $396.00 | | | | | |
| 06/04/2021 | 1 | $22.43 | $22.43 | | | | | |
| 06/04/2021 | 5 | $22.34 | $111.70 | | | | | |
| 06/04/2021 | 26 | $22.32 | $580.21 | | | | | |
| 06/08/2021 | 17 | $22.99 | $390.83 | | | | | |
| 06/10/2021 | 14 | $22.03 | $308.35 | | | | | |
| 06/10/2021 | 100 | $21.99 | $2,199.00 | | | | | |
| 06/10/2021 | 333 | $22.00 | $7,326.00 | | | | | |
| 06/14/2021 | 36 | $22.38 | $805.68 | | | | | |
| 06/22/2021 | 100 | $19.90 | $1,990.00 | | | | | |
| 06/24/2021 | 100 | $20.10 | $2,010.00 | | | | | |
| 06/25/2021 | 100 | $19.99 | $1,999.00 | | | | | |
| 06/28/2021 | 68 | $20.00 | $1,360.00 | | | | | |
| 07/07/2021 | 1 | $19.68 | $16.89 | | | | | |
| 07/12/2021 | 0 | $20.00 | $2.84 | | | | | |
| 07/12/2021 | 10 | $19.99 | $199.90 | | | | | |
| 07/12/2021 | 31 | $20.00 | $620.00 | | | | | |
| 07/14/2021 | 50 | $20.00 | $1,000.00 | | | | | |
| 07/14/2021 | 90 | $20.10 | $1,808.95 | | | | | |
| 07/14/2021 | 100 | $20.10 | $2,010.00 | | | | | |
| 07/14/2021 | 200 | $20.00 | $4,000.00 | | | | | |
| 07/27/2021 | 43 | $19.15 | $823.45 | | | | | |
| 08/23/2021 | 7 | $18.00 | $126.00 | | | | | |
| 12/03/2021 | 16 | $15.50 | $248.00 | | | | | |
| 12/03/2021 | 84 | $15.35 | $1,289.40 | | | | | |
| 12/03/2021 | 100 | $15.17 | $1,517.00 | | | | | |
| 12/03/2021 | 100 | $15.58 | $1,558.00 | | | | | |
| 01/10/2022 | 40 | $13.78 | $551.30 | | | | | |
| 01/24/2022 | 60 | $11.14 | $668.32 | | | | | |
| 05/05/2022 | 6 | $8.00 | $48.00 | | | | | |
| 05/09/2022 | 1 | $7.57 | $7.57 | | | | | |
| 05/20/2022 | 3 | $6.57 | $19.71 | | | | | |
| | **3,381** | | **$64,187.90** | | **3,381** | | **$9,842.91** | **($54,344.99)** |
| **Viktor Grigorescu - Acct 3** | | | | | | | | |
| 03/29/2021 | 4 | $19.20 | $76.80 | 08/12/2022 | 97 | $7.00 | $679.00 | |
| 03/29/2021 | 35 | $19.25 | $673.75 | 11/18/2022 | 400 | $4.10 | $1,639.72 | |
| 03/31/2021 | 26 | $19.30 | $501.80 | 11/21/2022 | 400 | $4.02 | $1,608.72 | |
| 04/07/2021 | 50 | $20.00 | $1,000.00 | | | | | |
| 04/19/2021 | 2 | $17.05 | $34.09 | | | | | |
| 04/19/2021 | 27 | $17.04 | $459.95 | | | | | |
| 04/20/2021 | 32 | $15.77 | $504.51 | | | | | |
| 04/28/2021 | 13 | $17.86 | $232.15 | | | | | |
| 04/28/2021 | 71 | $17.86 | $1,267.71 | | | | | |
| 05/04/2021 | 1 | $17.78 | $17.78 | | | | | |
| 05/06/2021 | 36 | $16.86 | $606.78 | | | | | |
| 05/10/2021 | 100 | $16.80 | $1,680.00 | | | | | |
| 05/11/2021 | 100 | $16.43 | $1,643.45 | | | | | |

Exhibit C
018

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 05/13/2021 | 100 | $16.97 | $1,697.39 | | | | | |
| | 06/10/2021 | 200 | $21.98 | $4,396.00 | | | | | |
| | 03/14/2022 | 19 | $10.50 | $199.50 | | | | | |
| | 03/14/2022 | 5 | $10.99 | $54.95 | | | | | |
| | 04/20/2022 | 1 | $9.95 | $9.95 | | | | | |
| | 05/11/2022 | 50 | $6.41 | $320.50 | | | | | |
| | 05/11/2022 | 25 | $6.75 | $168.73 | | | | | |
| | | **897** | | **$15,545.78** | | **897** | | **$3,927.44** | **($11,618.34)** |
| **Viktor Grigorescu - Acct 2** | 04/12/2021 | 1 | $18.98 | $9.68 | 11/22/2022 | 337 | $3.94 | $1,326.56 | |
| | 04/12/2021 | 1 | $18.97 | $18.97 | | | | | |
| | 04/12/2021 | 1 | $18.98 | $18.98 | | | | | |
| | 04/12/2021 | 2 | $18.95 | $37.90 | | | | | |
| | 04/12/2021 | 32 | $18.95 | $606.40 | | | | | |
| | 06/10/2021 | 1 | $22.03 | $22.03 | | | | | |
| | 06/10/2021 | 100 | $22.00 | $2,200.00 | | | | | |
| | 07/07/2021 | 1 | $19.72 | $14.42 | | | | | |
| | 07/07/2021 | 25 | $19.72 | $493.00 | | | | | |
| | 07/13/2021 | 1 | $20.45 | $10.63 | | | | | |
| | 07/13/2021 | 51 | $20.45 | $1,042.95 | | | | | |
| | 07/27/2021 | 1 | $19.10 | $14.31 | | | | | |
| | 07/27/2021 | 21 | $19.10 | $401.10 | | | | | |
| | 08/13/2021 | 25 | $17.19 | $429.75 | | | | | |
| | 03/11/2022 | 25 | $12.00 | $300.00 | | | | | |
| | 03/14/2022 | 25 | $11.00 | $274.98 | | | | | |
| | 03/23/2022 | 25 | $12.25 | $306.25 | | | | | |
| | | **337** | | **$6,201.34** | | **337** | | **$1,326.56** | **($4,874.78)** |
| **Movants' Total** | | **46,676** | | **$637,552.93** | | **46,676** | | **$213,982.85** | **($423,570.08)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $2.58 as of January 10, 2023 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

Exhibit C
019