Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movants
Saphira TrangDai Tran and Abdiselam
Abdulahi and Proposed Lead Counsel for
the Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, and STEPHANIE DIECKMANN,<br><br>Defendants. | Case No. 2:22-cv-09311-GW-E<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF SAPHIRA TRANGDAI TRAN AND ABDISELAM ABDULAHI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:  March 23, 2023<br>Time:  8:30 a.m.<br>Crtrm.: 9D<br>Judge:  George H. Wu |

DECLARATION OF CHARLES H. LINEHAN

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movants Saphira TrangDai Tran ("Tran") and Abdiselam Abdulahi ("Abdulahi") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Tran and Abdulahi's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Globe Newswire* on December 25, 2022, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:    Signed PSLRA Certifications of Tran and Abdulahi;

Exhibit C:    Analysis of Tran and Abdulahi's financial; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of February, 2023 at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On February 21, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 21, 2023, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan