# EXHIBIT C

## Financial Interest Analysis

**Company Name:**  Tattooed Chef, Inc.
**Ticker:**  TTCF
**Class Period:**  3/20/2021 - 10/12/2022

**Name:**  Saphira TrangDai Tran

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/18/2021 | 200 | $17.0000 | -$3,400.0000 | | $0.0000 | -$3,400.00 |
| 11/30/2021 | 200 | $16.2900 | -$3,258.0000 | | $0.0000 | -$3,258.00 |
| 12/1/2021 | 100 | $16.0000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 12/2/2021 | 100 | $15.5000 | -$1,550.0000 | | $0.0000 | -$1,550.00 |
| 12/6/2021 | 100 | $15.0000 | -$1,500.0000 | | $0.0000 | -$1,500.00 |
| 12/21/2021 | -700 | | $0.0000 | $16.6016 | $11,621.1200 | $11,621.12 |
| 12/27/2021 | 300 | $16.0000 | -$4,800.0000 | | $0.0000 | -$4,800.00 |
| 12/28/2021 | 200 | $15.7700 | -$3,154.0000 | | $0.0000 | -$3,154.00 |
| 12/29/2021 | 200 | $15.5147 | -$3,102.9400 | | $0.0000 | -$3,102.94 |
| 12/30/2021 | 100 | $15.3000 | -$1,530.0000 | | $0.0000 | -$1,530.00 |
| 1/6/2022 | 100 | $14.5800 | -$1,458.0000 | | $0.0000 | -$1,458.00 |
| 1/21/2022 | 300 | $13.0000 | -$3,900.0000 | | $0.0000 | -$3,900.00 |
| 4/13/2022 | 500 | $11.0000 | -$5,500.0000 | | $0.0000 | -$5,500.00 |
| 4/14/2022 | 300 | $10.7500 | -$3,225.0000 | | $0.0000 | -$3,225.00 |
| 4/20/2022 | 300 | $9.8900 | -$2,967.0000 | | $0.0000 | -$2,967.00 |
| 4/22/2022 | 200 | $9.2000 | -$1,840.0000 | | $0.0000 | -$1,840.00 |
| 4/25/2022 | 200 | $8.9000 | -$1,780.0000 | | $0.0000 | -$1,780.00 |
| 4/27/2022 | 200 | $8.0000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 4/28/2022 | 200 | $7.9500 | -$1,590.0000 | | $0.0000 | -$1,590.00 |
| 4/28/2022 | -400 | | $0.0000 | $8.3600 | $3,344.0000 | $3,344.00 |
| 5/2/2022 | 500 | $7.9000 | -$3,950.0000 | | $0.0000 | -$3,950.00 |
| 5/3/2022 | -400 | | $0.0000 | $8.3000 | $3,320.0000 | $3,320.00 |
| 5/5/2022 | 500 | $7.9500 | -$3,975.0000 | | $0.0000 | -$3,975.00 |
| 5/5/2022 | 400 | $7.9000 | -$3,160.0000 | | $0.0000 | -$3,160.00 |
| 5/9/2022 | 500 | $7.5500 | -$3,775.0000 | | $0.0000 | -$3,775.00 |
| 5/11/2022 | 400 | $7.0000 | -$2,800.0000 | | $0.0000 | -$2,800.00 |
| 5/11/2022 | 400 | $6.4900 | -$2,596.0000 | | $0.0000 | -$2,596.00 |
| 6/8/2022 | -1,300 | | $0.0000 | $7.5600 | $9,828.0000 | $9,828.00 |
| 6/9/2022 | 400 | $6.8000 | -$2,720.0000 | | $0.0000 | -$2,720.00 |
| 6/14/2022 | 500 | $6.0000 | -$3,000.0000 | | $0.0000 | -$3,000.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/21/2022 | -700 | | $0.0000 | $6.5600 | $4,592.0000 | $4,592.00 |
| 6/22/2022 | -700 | | $0.0000 | $6.6800 | $4,676.0000 | $4,676.00 |
| 6/24/2022 | -20 | | $0.0000 | $6.9100 | $138.2000 | $138.20 |
| 6/24/2022 | -2,843 | | $0.0000 | $6.9005 | $19,618.1215 | $19,618.12 |
| 6/24/2022 | -237 | | $0.0000 | $6.9001 | $1,635.3237 | $1,635.32 |
| 6/24/2022 | -100 | | $0.0000 | $6.9000 | $690.0000 | $690.00 |
| 6/30/2022 | 2,500 | $6.0000 | -$15,000.0000 | | $0.0000 | -$15,000.00 |
| 7/8/2022 | -2,500 | | $0.0000 | $6.9500 | $17,375.0000 | $17,375.00 |
| 7/13/2022 | 2,000 | $6.0000 | -$12,000.0000 | | $0.0000 | -$12,000.00 |
| 7/14/2022 | 1,000 | $6.0000 | -$6,000.0000 | | $0.0000 | -$6,000.00 |
| 7/18/2022 | 270 | $6.0600 | -$1,636.2000 | | $0.0000 | -$1,636.20 |
| 7/18/2022 | -3,000 | | $0.0000 | $6.4100 | $19,230.0000 | $19,230.00 |
| 7/26/2022 | 3,000 | $6.2000 | -$18,600.0000 | | $0.0000 | -$18,600.00 |
| 8/1/2022 | 224 | $6.2000 | -$1,388.8000 | | $0.0000 | -$1,388.80 |
| 8/2/2022 | 263 | $6.2000 | -$1,630.6000 | | $0.0000 | -$1,630.60 |
| 8/4/2022 | -3,757 | | $0.0000 | $6.9600 | $26,148.7200 | $26,148.72 |
| 8/8/2022 | 400 | $8.0000 | -$3,200.0000 | | $0.0000 | -$3,200.00 |
| 8/10/2022 | 400 | $6.9500 | -$2,780.0000 | | $0.0000 | -$2,780.00 |
| 8/18/2022 | 600 | $8.0000 | -$4,800.0000 | | $0.0000 | -$4,800.00 |
| 8/19/2022 | 3,000 | $7.7000 | -$23,100.0000 | | $0.0000 | -$23,100.00 |
| 8/19/2022 | 1,000 | $7.3000 | -$7,300.0000 | | $0.0000 | -$7,300.00 |
| 8/19/2022 | 1,000 | $6.9000 | -$6,900.0000 | | $0.0000 | -$6,900.00 |
| 8/22/2022 | 1,000 | $6.3500 | -$6,350.0000 | | $0.0000 | -$6,350.00 |
| 8/23/2022 | 1,000 | $6.1600 | -$6,160.0000 | | $0.0000 | -$6,160.00 |
| 8/24/2022 | 1,000 | $6.9500 | -$6,950.0000 | | $0.0000 | -$6,950.00 |
| 8/25/2022 | 3,000 | $7.3000 | -$21,900.0000 | | $0.0000 | -$21,900.00 |
| 8/25/2022 | -6,000 | | $0.0000 | $7.2100 | $43,260.0000 | $43,260.00 |
| 8/25/2022 | -2,000 | | $0.0000 | $7.4000 | $14,800.0000 | $14,800.00 |
| 8/25/2022 | -3,000 | | $0.0000 | $7.4000 | $22,200.0000 | $22,200.00 |
| 8/25/2022 | -1,400 | | $0.0000 | $7.4200 | $10,388.0000 | $10,388.00 |
| 8/26/2022 | 3,000 | $7.3200 | -$21,960.0000 | | $0.0000 | -$21,960.00 |
| 8/26/2022 | 1,000 | $7.2700 | -$7,270.0000 | | $0.0000 | -$7,270.00 |
| 8/26/2022 | 1,000 | $7.1700 | -$7,170.0000 | | $0.0000 | -$7,170.00 |
| 8/26/2022 | 1,000 | $7.1000 | -$7,100.0000 | | $0.0000 | -$7,100.00 |
| 8/29/2022 | 1,000 | $7.0000 | -$7,000.0000 | | $0.0000 | -$7,000.00 |
| 9/9/2022 | -7,000 | | $0.0000 | $6.5500 | $45,850.0000 | $45,850.00 |
| 9/12/2022 | 2,000 | $6.6800 | -$13,360.0000 | | $0.0000 | -$13,360.00 |
| 9/13/2022 | 1,000 | $6.3800 | -$6,380.0000 | | $0.0000 | -$6,380.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/14/2022 | -3,000 | | $0.0000 | $6.6000 | $19,800.0000 | $19,800.00 |
| 9/15/2022 | 3,000 | $6.4000 | -$19,200.0000 | | $0.0000 | -$19,200.00 |
| 9/16/2022 | 1,000 | $6.3000 | -$6,300.0000 | | $0.0000 | -$6,300.00 |
| 9/16/2022 | 2,000 | $6.1600 | -$12,320.0000 | | $0.0000 | -$12,320.00 |
| 9/16/2022 | 2,000 | $6.1100 | -$12,220.0000 | | $0.0000 | -$12,220.00 |
| 9/16/2022 | 1,000 | $6.0700 | -$6,070.0000 | | $0.0000 | -$6,070.00 |
| 9/19/2022 | 2,000 | $5.8500 | -$11,700.0000 | | $0.0000 | -$11,700.00 |
| 9/19/2022 | 1,000 | $5.7000 | -$5,700.0000 | | $0.0000 | -$5,700.00 |
| 9/20/2022 | 1,000 | $5.6500 | -$5,650.0000 | | $0.0000 | -$5,650.00 |
| 9/20/2022 | 2,000 | $5.6000 | -$11,200.0000 | | $0.0000 | -$11,200.00 |
| 9/21/2022 | 984 | $5.4300 | -$5,343.1200 | | $0.0000 | -$5,343.12 |
| 9/22/2022 | 16 | $5.4300 | -$86.8800 | | $0.0000 | -$86.88 |
| 9/23/2022 | 1,000 | $5.2000 | -$5,200.0000 | | $0.0000 | -$5,200.00 |
| 9/26/2022 | 2,000 | $5.0000 | -$10,000.0000 | | $0.0000 | -$10,000.00 |
| 9/30/2022 | 1,000 | $4.9200 | -$4,920.0000 | | $0.0000 | -$4,920.00 |
| 10/7/2022 | 4,000 | $4.6000 | -$18,400.0000 | | $0.0000 | -$18,400.00 |
| 10/12/2022 | 500 | $4.2500 | -$2,125.0000 | | $0.0000 | -$2,125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **24,500** | | | | **Subtotal:** | **-$147,587.05** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $63,097.54 |
| | | | $2.5754 | 24,500 | **Total:** | **-$84,489.51** |

**Name:**        Abdiselam Abdulahi

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/10/2021 | 200 | $16.3500 | -$3,270.0000 | | $0.0000 | -$3,270.00 |
| 11/11/2021 | 100 | $16.0000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 11/17/2021 | -300 | | $0.0000 | $18.1500 | $5,445.0000 | $5,445.00 |
| 11/18/2021 | 200 | $17.0000 | -$3,400.0000 | | $0.0000 | -$3,400.00 |
| 12/15/2021 | 100 | $15.6800 | -$1,568.0000 | | $0.0000 | -$1,568.00 |
| 12/28/2021 | 200 | $15.6500 | -$3,130.0000 | | $0.0000 | -$3,130.00 |
| 12/28/2021 | 200 | $15.6000 | -$3,120.0000 | | $0.0000 | -$3,120.00 |
| 1/7/2022 | 75 | $14.5700 | -$1,092.7500 | | $0.0000 | -$1,092.75 |
| 2/24/2022 | 275 | $11.0000 | -$3,025.0000 | | $0.0000 | -$3,025.00 |
| 3/3/2022 | -275 | | $0.0000 | $13.0000 | $3,575.0000 | $3,575.00 |
| 3/11/2022 | 325 | $11.0000 | -$3,575.0000 | | $0.0000 | -$3,575.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/29/2022 | -325 | | $0.0000 | $13.0000 | $4,225.0000 | $4,225.00 |
| 4/11/2022 | 657 | $11.0000 | -$7,227.0000 | | $0.0000 | -$7,227.00 |
| 6/14/2022 | 400 | $6.0000 | -$2,400.0000 | | $0.0000 | -$2,400.00 |
| 6/16/2022 | 300 | $6.0000 | -$1,800.0000 | | $0.0000 | -$1,800.00 |
| 6/21/2022 | -700 | | $0.0000 | $6.5600 | $4,592.0000 | $4,592.00 |
| 6/24/2022 | -732 | | $0.0000 | $6.9408 | $5,080.6656 | $5,080.67 |
| 6/24/2022 | -700 | | $0.0000 | $6.7500 | $4,725.0000 | $4,725.00 |
| 6/27/2022 | 775 | $6.7600 | -$5,239.0000 | | $0.0000 | -$5,239.00 |
| 6/28/2022 | 200 | $6.4900 | -$1,298.0000 | | $0.0000 | -$1,298.00 |
| 6/30/2022 | 700 | $6.0000 | -$4,200.0000 | | $0.0000 | -$4,200.00 |
| 7/7/2022 | -1,675 | | $0.0000 | $6.7000 | $11,222.5000 | $11,222.50 |
| 7/12/2022 | 2,000 | $6.0000 | -$12,000.0000 | | $0.0000 | -$12,000.00 |
| 7/14/2022 | 1,000 | $6.0000 | -$6,000.0000 | | $0.0000 | -$6,000.00 |
| 7/18/2022 | -1,802 | | $0.0000 | $6.4005 | $11,533.7010 | $11,533.70 |
| 7/18/2022 | -1,198 | | $0.0000 | $6.4100 | $7,679.1800 | $7,679.18 |
| 7/26/2022 | 3,000 | $6.2000 | -$18,600.0000 | | $0.0000 | -$18,600.00 |
| 8/4/2022 | -3,000 | | $0.0000 | $6.9600 | $20,880.0000 | $20,880.00 |
| 8/8/2022 | 300 | $8.0000 | -$2,400.0000 | | $0.0000 | -$2,400.00 |
| 8/19/2022 | 200 | $6.9000 | -$1,380.0000 | | $0.0000 | -$1,380.00 |
| 8/19/2022 | 300 | $7.1600 | -$2,148.0000 | | $0.0000 | -$2,148.00 |
| 8/19/2022 | 600 | $7.3500 | -$4,410.0000 | | $0.0000 | -$4,410.00 |
| 8/19/2022 | 10 | $7.6800 | -$76.8000 | | $0.0000 | -$76.80 |
| 8/19/2022 | 190 | $7.7000 | -$1,463.0000 | | $0.0000 | -$1,463.00 |
| 8/22/2022 | 600 | $6.3500 | -$3,810.0000 | | $0.0000 | -$3,810.00 |
| 8/24/2022 | 1 | $6.8600 | -$6.8600 | | $0.0000 | -$6.86 |
| 8/25/2022 | -1 | | $0.0000 | $7.5200 | $7.5200 | $7.52 |
| 8/25/2022 | -2,200 | | $0.0000 | $7.2100 | $15,862.0000 | $15,862.00 |
| 8/26/2022 | 200 | $7.1000 | -$1,420.0000 | | $0.0000 | -$1,420.00 |
| 8/26/2022 | 1,200 | $7.1000 | -$8,520.0000 | | $0.0000 | -$8,520.00 |
| 8/26/2022 | -17 | | $0.0000 | $7.2200 | $122.7400 | $122.74 |
| 8/29/2022 | 2,000 | $7.0000 | -$14,000.0000 | | $0.0000 | -$14,000.00 |
| 8/29/2022 | -1,383 | | $0.0000 | $7.0000 | $9,681.0000 | $9,681.00 |
| 8/30/2022 | 1,000 | $6.9900 | -$6,990.0000 | | $0.0000 | -$6,990.00 |
| 8/30/2022 | -200 | | $0.0000 | $7.0000 | $1,400.0000 | $1,400.00 |
| 8/30/2022 | -800 | | $0.0000 | $7.2800 | $5,824.0000 | $5,824.00 |
| 9/9/2022 | -2,000 | | $0.0000 | $6.5400 | $13,080.0000 | $13,080.00 |
| 9/13/2022 | 600 | $6.3000 | -$3,780.0000 | | $0.0000 | -$3,780.00 |
| 9/14/2022 | -600 | | $0.0000 | $6.6000 | $3,960.0000 | $3,960.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/16/2022 | 400 | $6.1100 | -$2,444.0000 | | $0.0000 | -$2,444.00 |
| 9/16/2022 | 600 | $6.1600 | -$3,696.0000 | | $0.0000 | -$3,696.00 |
| 9/16/2022 | 1,000 | $6.2000 | -$6,200.0000 | | $0.0000 | -$6,200.00 |
| 9/19/2022 | 600 | $5.8500 | -$3,510.0000 | | $0.0000 | -$3,510.00 |
| 9/21/2022 | 100 | $5.5000 | -$550.0000 | | $0.0000 | -$550.00 |

| Shares Retained: | 2,700 | | | | Subtotal: | -$20,454.10 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $6,953.61 |
| | | | $2.5754 | 2,700 | Total: | -$13,500.50 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 13, 2022 and January 10, 2023.

| Financial Interest Analysis - TTCF | |
|---|---|
| Saphira TrangDai Tran | -$84,489.51 |
| Abdiselam Abdulahi | -$13,500.50 |
| Total | -$97,990.01 |