**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN #319767)
        fortunato@bespc.com
Marion C. Passmore (SBN #228474)
        passmore@bespc.com
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone:  (213) 612-7735
Facsimile:   (212) 214-0506

*Counsel for Movant the Tattooed Chef Investor*
*Group and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHEYLOV, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>        v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, and STEPHANIE DIECKMANN,<br><br>              Defendants. | Case No. 2:22-cv-09311-GHW-CFE<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE TATTOOED CHEF INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Honorable George H. Wu<br>Hearing Date: March 23, 2023<br>Time: 8:30 a.m.<br>Courtroom: 9D – 9th Floor |

DECL. OF MELISSA A. FORTUNATO IN SUPPORT OF THE TATTOOED CHEF INVESTOR GROUP'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:22-cv-09311-GHW-CFE

I, Melissa A. Fortunato, hereby declare as follows:

1.    I am a Partner with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Dolev Cohen, Eric Staley, Daryl Wood, and Minderpal Gulati (together "Movant" or the "Tattooed Chef Investor Group") and proposed lead counsel for the Class.[1]

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of selection of BES as lead counsel for the Class.

3.    Attached hereto are true and correct copies of the following:

Exhibit 1:    Private Securities Litigation Reform Act of 1995 certifications signed by each member of the Tattooed Chef Investor Group attaching their Tattooed Chef, Inc. securities transactions during the Class Period in a Schedule A, thereto;

Exhibit 2:    Loss chart detailing Movant's estimated financial losses;

Exhibit 3:    Joint Declaration of the Tattooed Chef Investor Group;

Exhibit 4:    Press release published December 25, 2022, on *Globe Newswire* announcing the pendency of the securities class action against defendants herein:  *Miheylov v. Tattooed Chef, Inc., et al.*, Case No. 2:22-cv-09311-GHW-CFE; and

---

[1]    The "Class" consists of all persons or entities, other than defendants, who purchased or otherwise acquired publicly traded Tattooed Chef securities between March 20, 2021 and October 12, 2022, inclusive (the "Class Period").

Exhibit 5:    BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 21st day of February, 2023.

/s/ Melissa A. Fortunato
Melissa A. Fortunato

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above action, and am over eighteen years old. On February 21, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of February, 2023.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato