# EXHIBIT 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Dolev Cohen, certify that:

1.      I am a resident of Israel. I have a high school diploma. I work as a deputy chief information security officer and have 7 years of investing experience.

2.      I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.      Attached hereto as Schedule A is a complete listing of all my Tattooed Chef, Inc. (TTCF) transactions during the Class Period.

6.      I have not served as a representative party on behalf of a class under this title during the last three years.

7.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___Feb 13, 2023___

*Dolev Cohen*
Dolev Cohen (Feb 13, 2023 22:15 GMT+2)

_____
Dolev Cohen

**SCHEDULE A**

Class Period Transactions of Dolev Cohen in Tattooed Chef, Inc. (TTCF) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 8/13/2021 | Purchase | 100 | 18 |
| 8/13/2021 | Purchase | 100 | 17.76 |
| 8/13/2021 | Purchase | 100 | 17.69 |
| 8/13/2021 | Purchase | 100 | 17.685 |
| 8/13/2021 | Purchase | 100 | 17.685 |
| 8/13/2021 | Purchase | 3 | 17.28 |
| 8/13/2021 | Purchase | 97 | 17.28 |
| 8/13/2021 | Purchase | 100 | 17.255 |
| 8/13/2021 | Purchase | 100 | 17.255 |
| 8/13/2021 | Purchase | 100 | 17.255 |
| 8/13/2021 | Purchase | 100 | 17.255 |
| 8/17/2021 | Purchase | 200 | 16 |
| 1/6/2022 | Purchase | 300 | 14.395 |
| 1/14/2022 | Purchase | 500 | 13.5 |
| 9/22/2022 | Purchase | 1000 | 5.3289 |
| 9/22/2022 | Purchase | 100 | 5.3273 |
| 9/22/2022 | Purchase | 100 | 5.3286 |
| 9/22/2022 | Purchase | 93 | 5.33 |
| 9/22/2022 | Purchase | 100 | 5.33 |
| 9/22/2022 | Purchase | 7 | 5.33 |
| 9/22/2022 | Purchase | 100 | 5.33 |
| 9/22/2022 | Purchase | 200 | 5.328 |
| 9/22/2022 | Purchase | 100 | 5.3299 |
| 9/22/2022 | Purchase | 100 | 5.33 |
| 9/22/2022 | Purchase | 100 | 5.3272 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Eric Staley, certify that:

1.      I am a resident of Harrisburg, Pennsylvania. I have a B.A. I work as an order selector at a warehouse and have 3 years of investing experience.

2.      I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.      Attached hereto as Schedule A is a complete listing of all my Tattooed Chef, Inc. (TTCF) transactions during the Class Period.

6.      I have not served as a representative party on behalf of a class under this title during the last three years.

7.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Dec 26, 2022

Eric Staley (Dec 26, 2022 15:29 EST)

Eric Staley

## SCHEDULE A

Class Period Transactions of Eric Staley in Tattooed Chef, Inc. (TTCF) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 04/27/2021 | Purchase | 48.354231 | $17.78 |
| 04/29/2021 | Purchase | 56.967428 | $17.50 |
| 04/29/2021 | Purchase | 0.175528 | $17.49 |
| 04/29/2021 | Purchase | 28.784599 | $17.37 |
| 04/29/2021 | Purchase | 11.544011 | $17.32 |
| 04/29/2021 | Purchase | 11.358021 | $17.61 |
| 04/29/2021 | Purchase | 55.87479 | $17.89 |
| 04/29/2021 | Purchase | 0.022408 | $17.85 |
| 05/03/2021 | Purchase | 56.773021 | $17.61 |
| 05/03/2021 | Purchase | 55.964825 | $17.83 |
| 05/03/2021 | Purchase | 0.116722 | $17.82 |
| 05/03/2021 | Purchase | 106.948671 | $18.66 |
| 05/03/2021 | Purchase | 0.209863 | $18.66 |
| 05/03/2021 | Purchase | 53.941399 | $18.43 |
| 05/03/2021 | Purchase | 0.318305 | $18.41 |
| 05/03/2021 | Purchase | 55.586436 | $17.99 |
| 05/04/2021 | Purchase | 57.703404 | $17.33 |
| 05/04/2021 | Purchase | 6.592828 | $17.29 |
| 05/04/2021 | Purchase | 56.970717 | $17.52 |
| 05/04/2021 | Purchase | 0.110222 | $17.51 |
| 05/11/2021 | Purchase | 55.897872 | $16.45 |
| 05/11/2021 | Purchase | 4.901339 | $16.42 |
| 05/13/2021 | Purchase | 5.824111 | $17.17 |
| 07/23/2021 | Purchase | 50.98396 | $19.40 |
| 07/23/2021 | Purchase | 0.572975 | $19.39 |
| 08/11/2021 | Purchase | 45.980199 | $20.91 |
| 08/11/2021 | Purchase | 1 | $20.90 |
| 08/11/2021 | Purchase | 0.846889 | $20.90 |
| 08/13/2021 | Purchase | 14.697668 | $17.01 |
| 08/13/2021 | Purchase | 14.577259 | $17.15 |
| 08/13/2021 | Purchase | 13.995944 | $17.26 |
| 08/13/2021 | Purchase | 0.488554 | $17.26 |
| 08/13/2021 | Purchase | 28.86836 | $17.32 |
| 08/16/2021 | Purchase | 12.182419 | $16.42 |

| 08/16/2021 | Purchase | 11.979634 | $16.70 |
|---|---|---|---|
| 08/17/2021 | Purchase | 1.999437 | $16.00 |
| 08/17/2021 | Purchase | 10 | $16.00 |
| 08/17/2021 | Purchase | 0.503907 | $16.00 |
| 08/17/2021 | Purchase | 11.993291 | $16.10 |
| 08/17/2021 | Purchase | 0.43008 | $16.09 |
| 08/18/2021 | Purchase | 13 | $15.90 |
| 08/19/2021 | Purchase | 14 | $15.98 |
| 09/01/2021 | Purchase | 42.983114 | $22.92 |
| 09/01/2021 | Purchase | 0.649061 | $22.91 |
| 10/08/2021 | Purchase | 36 | $17.85 |
| 10/08/2021 | Purchase | 20 | $17.84 |
| 10/08/2021 | Purchase | 11 | $17.98 |
| 10/08/2021 | Purchase | 0.12347 | $17.98 |
| 10/08/2021 | Purchase | 11 | $18.02 |
| 10/08/2021 | Purchase | 0.098779 | $18.02 |
| 10/15/2021 | Purchase | 8.4674 | $17.72 |
| 10/15/2021 | Purchase | 8.408071 | $17.84 |
| 10/15/2021 | Purchase | 4.997212 | $17.94 |
| 10/15/2021 | Purchase | 0.577244 | $17.93 |
| 10/18/2021 | Purchase | 27.992762 | $17.41 |
| 10/18/2021 | Purchase | 0.727377 | $17.40 |
| 10/22/2021 | Purchase | 57.191878 | $17.48 |
| 11/10/2021 | Purchase | 57.965064 | $17.10 |
| 11/10/2021 | Purchase | 0.51375 | $17.09 |
| 11/11/2021 | Purchase | 12.618376 | $15.85 |
| 11/11/2021 | Purchase | 63 | $15.88 |
| 11/18/2021 | Purchase | 5.995121 | $16.97 |
| 11/18/2021 | Purchase | 0.076061 | $16.96 |
| 11/18/2021 | Purchase | 59.032922 | $16.94 |
| 12/01/2021 | Purchase | 49.538813 | $15.89 |
| 12/03/2021 | Purchase | 64.983244 | $15.22 |
| 12/03/2021 | Purchase | 0.724613 | $15.22 |
| 12/29/2021 | Purchase | 7.293136 | $15.59 |
| 01/03/2022 | Purchase | 65 | $15.38 |
| 01/03/2022 | Purchase | 0.04065 | $15.38 |
| 01/06/2022 | Purchase | 70.665725 | $14.16 |
| 01/20/2022 | Purchase | 36.972551 | $13.48 |
| 01/20/2022 | Purchase | 0.119524 | $13.47 |

| 01/24/2022 | Purchase | 7.994189 | $11.98 |
|---|---|---|---|
| 01/24/2022 | Purchase | 0.354218 | $11.97 |
| 02/04/2022 | Purchase | 0.39949 | $11.76 |
| 02/18/2022 | Purchase | 7.997713 | $11.90 |
| 02/18/2022 | Purchase | 0.406893 | $11.90 |
| 04/25/2022 | Purchase | 16.980504 | $8.72 |
| 04/25/2022 | Purchase | 0.221584 | $8.71 |
| 05/10/2022 | Purchase | 13.947001 | $7.16 |
| 05/10/2022 | Purchase | 0.019553 | $7.16 |
| 05/11/2022 | Purchase | 14.817888 | $6.75 |
| 05/27/2022 | Purchase | 70.637432 | $7.08 |
| 07/20/2022 | Purchase | 14.982239 | $6.59 |
| 07/20/2022 | Purchase | 0.197568 | $6.58 |

**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

I, the undersigned Daryl Wood, certify that:

1.      I am a resident of Ontario, Canada. I have a college degree. I work as a construction manager and have 2 years of investing experience.

2.      I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.      Attached hereto as Schedule A is a complete listing of all my Tattooed Chef, Inc. (TTCF) transactions during the Class Period.

6.      I have not served as a representative party on behalf of a class under this title during the last three years.

7.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Feb 17, 2023

*Daryl Wood*
Daryl Wood (Feb 17, 2023 22:40 EST)
_____
Daryl Wood

**SCHEDULE A**

Class Period Transactions of Daryl Wood in Tattooed Chef, Inc. (TTCF) securities.

Account #1

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 4/9/2021 | Purchase | 100 | 19.976 |
| 4/14/2021 | Purchase | 100 | 18.856 |
| 4/16/2021 | Purchase | 100 | 18.844 |
| 8/16/2021 | Purchase | 100 | 20.314 |
| 8/17/2021 | Purchase | 200 | 17.338 |
| 8/19/2021 | Purchase | 300 | 16.058 |
| 1/10/2022 | Purchase | 600 | 14.341 |

Account#2

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 3/24/2021 | Purchase | 200 | 20.254 |
| 3/25/2021 | Purchase | 100 | 19.855 |
| 3/25/2021 | Purchase | 100 | 19.985 |
| 4/15/2021 | Purchase | 200 | 18.614 |
| 4/16/2021 | Purchase | 200 | 18.415 |
| 4/21/2021 | Purchase | 300 | 17.019 |
| 4/22/2021 | Purchase | 300 | 16.505 |
| 4/22/2021 | Purchase | 200 | 15.885 |
| 4/22/2021 | Purchase | 500 | 15.51 |
| 5/11/2021 | Purchase | 200 | 17.075 |
| 9/22/2021 | Sale | -750 | 19.58 |
| 10/1/2021 | Purchase | 500 | 18.93 |
| 10/18/2021 | Purchase | 300 | 18.115 |
| 10/26/2021 | Purchase | 500 | 17.711 |
| 11/15/2021 | Purchase | 200 | 16.27 |
| 11/16/2021 | Purchase | 500 | 16.075 |
| 11/16/2021 | Purchase | 400 | 16.2 |
| 12/8/2021 | Purchase | 500 | 15.31 |

Account#3

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 4/16/2021 | Purchase | 75 | 18.859 |
| 4/20/2021 | Purchase | 100 | 18.525 |
| 4/21/2021 | Purchase | 100 | 17.017 |
| 4/22/2021 | Purchase | 70 | 15.55 |

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Minderpal Gulati, certify that:

1.      I am a resident of Frisco, Texas. I have a B.A. I and currently employed as a manager a and I have 20 years of investing experience.

2.      I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.      Attached hereto as Schedule A is a complete listing of all my Tattooed Chef, Inc (TTCF) transactions during the Class Period.

6.      I have not served as a representative party on behalf of a class under this title during the last three years.

7.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Feb 21, 2023_____

_Minderpal Gulati_____
Minderpal Gulati (Feb 21, 2023 15:53 CST)
Minderpal Gulati

**SCHEDULE A**

Class Period Transactions of Minderpal Gulati in Tattooed Chef, Inc (TTCF)securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 03/29/2021 | Purchase | 500 | $19.31 |
| 03/29/2021 | Purchase | 100 | $19.54 |
| 03/29/2021 | Purchase | 300 | $19.21 |
| 03/29/2021 | Purchase | 400 | $18.95 |
| 04/01/2021 | Purchase | 77 | $19.30 |
| 04/05/2021 | Purchase | 100 | $19.74 |
| 04/05/2021 | Purchase | 300 | $19.77 |
| 04/09/2021 | Purchase | 100 | $19.05 |
| 04/13/2021 | Purchase | 100 | $18.81 |
| 04/14/2021 | Purchase | 100 | $18.58 |
| 04/15/2021 | Purchase | 100 | $18.41 |
| 04/15/2021 | Purchase | 300 | $18.19 |
| 05/03/2021 | Purchase | 100 | $17.79 |
| 05/19/2021 | Purchase | 100 | $19.23 |
| 05/27/2021 | Purchase | 100 | $21.70 |
| 06/30/2021 | Purchase | 117 | $21.60 |
| 07/14/2021 | Purchase | 40 | $19.91 |
| 08/12/2021 | Purchase | 100 | $18.55 |
| 08/12/2021 | Purchase | 60 | $18.28 |
| 08/13/2021 | Purchase | 140 | $17.11 |
| 08/16/2021 | Purchase | 140 | $17.00 |
| 09/03/2021 | Purchase | 50 | $23.00 |
| 10/07/2021 | Purchase | 20 | $18.25 |
| 10/22/2021 | Purchase | 100 | $17.60 |
| 11/11/2021 | Purchase | 56 | $16.05 |
| 12/01/2021 | Purchase | 400 | $16.00 |
| 12/03/2021 | Purchase | 100 | $15.17 |
| 12/29/2021 | Purchase | 50 | $15.30 |
| 01/10/2022 | Purchase | 150 | $14.50 |
| 01/11/2022 | Purchase | 200 | $14.10 |
| 01/20/2022 | Purchase | 100 | $13.60 |
| 02/08/2022 | Purchase | 100 | $11.95 |
| 04/28/2022 | Purchase | 400 | $8.17 |
| 08/09/2022 | Purchase | 1000 | $7.00 |
| 09/20/2022 | Purchase | 150 | $5.65 |
| 09/28/2022 | Purchase | 150 | $5.14 |