# EXHIBIT 2

**Tattooed Chef, Inc.**

| Company Name | Tattooed Chef |
|---|---|
| Ticker Symbol | TTCF |
| Security Type | Common Stock |
| Class Period Start | 03/20/2021 |
| Class Period End | 10/12/2022 |
| 90-DAY Lookback Period Start | 10/13/2022 |
| 90-DAY Lookback Period End | 01/10/2023 |
| 90-DAY Lookback Average | $2.5754 |

| **Movant** | **Loss** |
|---|---|
| Daryl Wood | ($88,874.82) |
| Dolev Cohen | ($32,136.66) |
| Eric Staley | ($25,841.72) |
| Minderpal Gulati | ($80,017.87) |
| **Total Loss** | **($226,871.06)** |

| Client Name | Daryl Wood |
|---|---|
| Company Name | Tattooed Chef, Inc. |
| Ticker Symbol | TTCF |
| Security Type | Common Stock |
| Class Period Start | 03/20/2021 |
| Class Period End | 10/12/2022 |
| 90-DAY Lookback Period Start | 10/13/2022 |
| 90-DAY Lookback Period End | 01/10/2023 |
| 90-DAY Lookback Average | $2.5754 |
| Pre Class Period Holdings | 2,120 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($88,874.82) |
| Net Shares Retained | 6,295.00 |

**Account 1**

| Date* | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/9/2021 | 100 | 19.976 | ($1,997.60) | | | ($1,997.60) |
| 4/14/2021 | 100 | 18.856 | ($1,885.60) | | | ($3,883.20) |
| 4/16/2021 | 100 | 18.844 | ($1,884.40) | | | ($5,767.60) |
| 8/16/2021 | 100 | 20.314 | ($2,031.40) | | | ($7,799.00) |
| 8/17/2021 | 200 | 17.338 | ($3,467.60) | | | ($11,266.60) |
| 8/19/2021 | 300 | 16.058 | ($4,817.40) | | | ($16,084.00) |
| 1/10/2022 | 600 | 14.341 | ($8,604.60) | | | ($24,688.60) |
| **Retained Shares** | 1,500 | | | | **Subtotal** | ($24,688.60) |
| | | | | | **Retained Share Value** | $3,863.12 |
| | | | | | **Total** | ($20,825.49) |

**Account 2**

| Date* | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 3/24/2021 | 200 | 20.254 | ($4,050.80) | | | ($4,050.80) |
| 3/25/2021 | 100 | 19.855 | ($1,985.50) | | | ($6,036.30) |
| 3/25/2021 | 100 | 19.985 | ($1,998.50) | | | ($8,034.80) |
| 4/15/2021 | 200 | 18.614 | ($3,722.80) | | | ($11,757.60) |
| 4/16/2021 | 200 | 18.415 | ($3,683.00) | | | ($15,440.60) |
| 4/21/2021 | 300 | 17.019 | ($5,105.70) | | | ($20,546.30) |
| 4/22/2021 | 300 | 16.505 | ($4,951.50) | | | ($25,497.80) |
| 4/22/2021 | 200 | 15.885 | ($3,177.00) | | | ($28,674.80) |
| 4/22/2021 | 500 | 15.51 | ($7,755.00) | | | ($36,429.80) |
| 5/11/2021 | 200 | 17.075 | ($3,415.00) | | | ($39,844.80) |
| 9/22/2021 | -750 | | | 19.58 | $14,685.00 | ($25,159.80) |
| 10/1/2021 | 500 | 18.93 | ($9,465.00) | | | ($34,624.80) |
| 10/18/2021 | 300 | 18.115 | ($5,434.50) | | | ($40,059.30) |
| 10/26/2021 | 500 | 17.711 | ($8,855.50) | | | ($48,914.80) |
| 11/15/2021 | 200 | 16.27 | ($3,254.00) | | | ($52,168.80) |
| 11/16/2021 | 500 | 16.075 | ($8,037.50) | | | ($60,206.30) |
| 11/16/2021 | 400 | 16.2 | ($6,480.00) | | | ($66,686.30) |
| 12/8/2021 | 500 | 15.31 | ($7,655.00) | | | ($74,341.30) |
| **Retained Shares** | 4,450 | | | | **Subtotal** | ($74,341.30) |
| | | | | | **Retained Share Value** | $11,460.57 |
| | | | | | **Total** | ($62,880.73) |

**Account 3**

| Date* | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/16/2021 | 75 | 18.859 | ($1,414.43) | | | ($1,414.43) |
| 4/20/2021 | 100 | 18.525 | ($1,852.50) | | | ($3,266.93) |
| 4/21/2021 | 100 | 17.017 | ($1,701.70) | | | ($4,968.63) |
| 4/22/2021 | 70 | 15.55 | ($1,088.50) | | | ($6,057.13) |
| **Retained Shares** | 345 | | | | **Subtotal** | ($6,057.13) |
| | | | | | **Retained Share Value** | $888.52 |
| | | | | | **Total** | ($5,168.61) |

*All dates are settlement dates.

| Client Name | Dolev Cohen |
|---|---|
| Company Name | Tattooed Chef, Inc. |
| Ticker Symbol | TTCF |
| Security Type | Common Stock |
| Class Period Start | 03/20/2021 |
| Class Period End | 10/12/2022 |
| 90-DAY Lookback Period Start | 10/13/2022 |
| 90-DAY Lookback Period End | 01/10/2023 |
| 90-DAY Lookback Average | $2.5754 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($32,136.66) |
| Net Shares Retained | 4,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 8/13/2021 | 100 | $18.00 | ($1,800.00) | | | ($1,800.00) |
| 8/13/2021 | 100 | $17.76 | ($1,776.00) | | | ($3,576.00) |
| 8/13/2021 | 100 | $17.69 | ($1,769.00) | | | ($5,345.00) |
| 8/13/2021 | 100 | $17.685 | ($1,768.50) | | | ($7,113.50) |
| 8/13/2021 | 100 | $17.685 | ($1,768.50) | | | ($8,882.00) |
| 8/13/2021 | 3 | $17.28 | ($51.84) | | | ($8,933.84) |
| 8/13/2021 | 97 | $17.28 | ($1,676.16) | | | ($10,610.00) |
| 8/13/2021 | 100 | $17.255 | ($1,725.50) | | | ($12,335.50) |
| 8/13/2021 | 100 | $17.255 | ($1,725.50) | | | ($14,061.00) |
| 8/13/2021 | 100 | $17.255 | ($1,725.50) | | | ($15,786.50) |
| 8/13/2021 | 100 | $17.255 | ($1,725.50) | | | ($17,512.00) |
| 8/17/2021 | 200 | $16.00 | ($3,200.00) | | | ($20,712.00) |
| 1/6/2022 | 300 | $14.395 | ($4,318.50) | | | ($25,030.50) |
| 1/14/2022 | 500 | $13.50 | ($6,750.00) | | | ($31,780.50) |
| 9/22/2022 | 1000 | $5.3289 | ($5,328.90) | | | ($37,109.40) |
| 9/22/2022 | 100 | $5.3273 | ($532.73) | | | ($37,642.13) |
| 9/22/2022 | 100 | $5.3286 | ($532.86) | | | ($38,174.99) |
| 9/22/2022 | 93 | $5.33 | ($495.69) | | | ($38,670.68) |
| 9/22/2022 | 100 | $5.33 | ($533.00) | | | ($39,203.68) |
| 9/22/2022 | 7 | $5.33 | ($37.31) | | | ($39,240.99) |
| 9/22/2022 | 100 | $5.33 | ($533.00) | | | ($39,773.99) |
| 9/22/2022 | 200 | $5.328 | ($1,065.60) | | | ($40,839.59) |
| 9/22/2022 | 100 | $5.3299 | ($532.99) | | | ($41,372.58) |
| 9/22/2022 | 100 | $5.33 | ($533.00) | | | ($41,905.58) |
| 9/22/2022 | 100 | $5.3272 | ($532.72) | | | ($42,438.30) |
| **Retained Shares** | 4,000 | | | | **Subtotal** | ($42,438.30) |
| | | | | | **Retained Share Value** | $10,301.64 |
| | | | | | **Total** | ($32,136.66) |

| Client Name | Eric Staley |
|---|---|
| Company Name | Tattooed Chef, Inc. |
| Ticker Symbol | TTCF |
| Security Type | Common Stock |
| Class Period Start | 03/20/2021 |
| Class Period End | 10/12/2022 |
| 90-DAY Lookback Period Start | 10/13/2022 |
| 90-DAY Lookback Period End | 01/10/2023 |
| 90-DAY Lookback Average | $2.5754 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($25,841.72) |
| Net Shares Retained | 1,852.75 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 04/27/2021 | 48.354231 | $17.78 | ($859.74) | | | ($859.74) |
| 04/29/2021 | 56.967428 | $17.50 | ($996.93) | | | ($1,856.67) |
| 04/29/2021 | 0.175528 | $17.49 | ($3.07) | | | ($1,859.74) |
| 04/29/2021 | 28.784599 | $17.37 | ($499.99) | | | ($2,359.73) |
| 04/29/2021 | 11.544011 | $17.32 | ($199.94) | | | ($2,559.67) |
| 04/29/2021 | 11.358021 | $17.61 | ($200.01) | | | ($2,759.68) |
| 04/29/2021 | 55.874790 | $17.89 | ($999.60) | | | ($3,759.28) |
| 04/29/2021 | 0.022408 | $17.85 | ($0.40) | | | ($3,759.68) |
| 05/03/2021 | 56.773021 | $17.61 | ($999.77) | | | ($4,759.46) |
| 05/03/2021 | 55.964825 | $17.83 | ($997.85) | | | ($5,757.31) |
| 05/03/2021 | 0.116722 | $17.82 | ($2.08) | | | ($5,759.39) |
| 05/03/2021 | 106.948671 | $18.66 | ($1,995.66) | | | ($7,755.05) |
| 05/03/2021 | 0.209863 | $18.66 | ($3.92) | | | ($7,758.97) |
| 05/03/2021 | 53.941399 | $18.43 | ($994.14) | | | ($8,753.11) |
| 05/03/2021 | 0.318305 | $18.41 | ($5.86) | | | ($8,758.97) |
| 05/03/2021 | 55.586436 | $17.99 | ($1,000.00) | | | ($9,758.97) |
| 05/04/2021 | 57.703404 | $17.33 | ($1,000.00) | | | ($10,758.97) |
| 05/04/2021 | 6.592828 | $17.29 | ($113.99) | | | ($10,872.96) |
| 05/04/2021 | 56.970717 | $17.52 | ($998.13) | | | ($11,871.08) |
| 05/04/2021 | 0.110222 | $17.51 | ($1.93) | | | ($11,873.01) |
| 05/11/2021 | 55.897872 | $16.45 | ($919.52) | | | ($12,792.53) |
| 05/11/2021 | 4.901339 | $16.42 | ($80.48) | | | ($12,873.01) |
| 05/13/2021 | 5.824111 | $17.17 | ($100.00) | | | ($12,973.01) |
| 07/23/2021 | 50.983960 | $19.40 | ($989.09) | | | ($13,962.10) |
| 07/23/2021 | 0.572975 | $19.39 | ($11.11) | | | ($13,973.21) |
| 08/11/2021 | 45.980199 | $20.91 | ($961.45) | | | ($14,934.66) |
| 08/11/2021 | 1.000000 | $20.90 | ($20.90) | | | ($14,955.56) |
| 08/11/2021 | 0.846889 | $20.90 | ($17.70) | | | ($14,973.26) |
| 08/13/2021 | 14.697668 | $17.01 | ($250.01) | | | ($15,223.27) |
| 08/13/2021 | 14.577259 | $17.15 | ($250.00) | | | ($15,473.27) |
| 08/13/2021 | 13.995944 | $17.26 | ($241.57) | | | ($15,714.84) |
| 08/13/2021 | 0.488554 | $17.26 | ($8.43) | | | ($15,723.27) |
| 08/13/2021 | 28.868360 | $17.32 | ($500.00) | | | ($16,223.27) |
| 08/16/2021 | 12.182419 | $16.42 | ($200.04) | | | ($16,423.30) |
| 08/16/2021 | 11.979634 | $16.70 | ($200.06) | | | ($16,623.36) |
| 08/17/2021 | 1.999437 | $16.00 | ($31.99) | | | ($16,655.36) |
| 08/17/2021 | 10.000000 | $16.00 | ($160.00) | | | ($16,815.36) |
| 08/17/2021 | 0.503907 | $16.00 | ($8.06) | | | ($16,823.42) |
| 08/17/2021 | 11.993291 | $16.10 | ($193.09) | | | ($17,016.51) |
| 08/17/2021 | 0.430080 | $16.09 | ($6.92) | | | ($17,023.43) |
| 08/18/2021 | 13.000000 | $15.90 | ($206.70) | | | ($17,230.13) |
| 08/19/2021 | 14.000000 | $15.98 | ($223.72) | | | ($17,453.85) |
| 09/01/2021 | 42.983114 | $22.92 | ($985.17) | | | ($18,439.02) |

| Date | Shares | Price | Amount | Running Total |
|---|---|---|---|---|
| 09/01/2021 | 0.649061 | $22.91 | ($14.87) | ($18,453.89) |
| 10/08/2021 | 36.000000 | $17.85 | ($642.60) | ($19,096.49) |
| 10/08/2021 | 20.000000 | $17.84 | ($356.80) | ($19,453.29) |
| 10/08/2021 | 11.000000 | $17.98 | ($197.78) | ($19,651.07) |
| 10/08/2021 | 0.123470 | $17.98 | ($2.22) | ($19,653.29) |
| 10/08/2021 | 11.000000 | $18.02 | ($198.22) | ($19,851.51) |
| 10/08/2021 | 0.098779 | $18.02 | ($1.78) | ($19,853.29) |
| 10/15/2021 | 8.467400 | $17.72 | ($150.04) | ($20,003.33) |
| 10/15/2021 | 8.408071 | $17.84 | ($150.00) | ($20,153.33) |
| 10/15/2021 | 4.997212 | $17.94 | ($89.65) | ($20,242.98) |
| 10/15/2021 | 0.577244 | $17.93 | ($10.35) | ($20,253.33) |
| 10/18/2021 | 27.992762 | $17.41 | ($487.35) | ($20,740.69) |
| 10/18/2021 | 0.727377 | $17.40 | ($12.66) | ($20,753.35) |
| 10/22/2021 | 57.191878 | $17.48 | ($999.71) | ($21,753.06) |
| 11/10/2021 | 57.965064 | $17.10 | ($991.20) | ($22,744.26) |
| 11/10/2021 | 0.513750 | $17.09 | ($8.78) | ($22,753.04) |
| 11/11/2021 | 12.618376 | $15.85 | ($200.00) | ($22,953.04) |
| 11/11/2021 | 63.000000 | $15.88 | ($1,000.44) | ($23,953.48) |
| 11/18/2021 | 5.995121 | $16.97 | ($101.74) | ($24,055.22) |
| 11/18/2021 | 0.076061 | $16.96 | ($1.29) | ($24,056.51) |
| 11/18/2021 | 59.032922 | $16.94 | ($1,000.02) | ($25,056.53) |
| 12/01/2021 | 49.538813 | $15.89 | ($787.17) | ($25,843.70) |
| 12/03/2021 | 64.983244 | $15.22 | ($989.04) | ($26,832.74) |
| 12/03/2021 | 0.724613 | $15.22 | ($11.03) | ($26,843.77) |
| 12/29/2021 | 7.293136 | $15.59 | ($113.70) | ($26,957.47) |
| 01/03/2022 | 65.000000 | $15.38 | ($999.70) | ($27,957.17) |
| 01/03/2022 | 0.040650 | $15.38 | ($0.63) | ($27,957.80) |
| 01/06/2022 | 70.665725 | $14.16 | ($1,000.63) | ($28,958.43) |
| 01/20/2022 | 36.972551 | $13.48 | ($498.39) | ($29,456.82) |
| 01/20/2022 | 0.119524 | $13.47 | ($1.61) | ($29,458.43) |
| 01/24/2022 | 7.994189 | $11.98 | ($95.77) | ($29,554.20) |
| 01/24/2022 | 0.354218 | $11.97 | ($4.24) | ($29,558.44) |
| 02/04/2022 | 0.399490 | $11.76 | ($4.70) | ($29,563.13) |
| 02/18/2022 | 7.997713 | $11.90 | ($95.17) | ($29,658.31) |
| 02/18/2022 | 0.406893 | $11.90 | ($4.84) | ($29,663.15) |
| 04/25/2022 | 16.980504 | $8.72 | ($148.07) | ($29,811.22) |
| 04/25/2022 | 0.221584 | $8.71 | ($1.93) | ($29,813.15) |
| 05/10/2022 | 13.947001 | $7.16 | ($99.86) | ($29,913.01) |
| 05/10/2022 | 0.019553 | $7.16 | ($0.14) | ($29,913.15) |
| 05/11/2022 | 14.817888 | $6.75 | ($100.02) | ($30,013.17) |
| 05/27/2022 | 70.637432 | $7.08 | ($500.11) | ($30,513.28) |
| 07/20/2022 | 0.197568 | $6.58 | ($1.30) | ($30,514.58) |
| 07/20/2022 | 14.982239 | $6.59 | ($98.73) | ($30,613.32) |
| **Retained Shares** | 1,853 | | | ($30,613.32) |
| | | | **Subtotal** | ($30,613.32) |
| | | | **Retained Share Value** | $4,771.60 |
| | | | **Total** | ($25,841.72) |

| Client Name | Minderpal Gulati |
|---|---|
| Company Name | Tattooed Chef, Inc. |
| Ticker Symbol | TTCF |
| Security Type | Common Stock |
| Class Period Start | 03/20/2021 |
| Class Period End | 10/12/2022 |
| 90-DAY Lookback Period Start | 10/13/2022 |
| 90-DAY Lookback Period End | 01/10/2023 |
| 90-DAY Lookback Average | $2.5754 |
| Pre Class Period Holdings | 1,000 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($80,017.87) |
| Net Shares Retained | 6,400.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 03/29/2021 | 500 | $19.31 | ($9,655.00) | | | ($9,655.00) |
| 03/29/2021 | 100 | $19.54 | ($1,954.00) | | | ($11,609.00) |
| 03/29/2021 | 300 | $19.21 | ($5,763.00) | | | ($17,372.00) |
| 03/29/2021 | 400 | $18.95 | ($7,580.00) | | | ($24,952.00) |
| 04/01/2021 | 77 | $19.30 | ($1,486.10) | | | ($26,438.10) |
| 04/05/2021 | 100 | $19.74 | ($1,974.00) | | | ($28,412.10) |
| 04/05/2021 | 300 | $19.77 | ($5,931.00) | | | ($34,343.10) |
| 04/09/2021 | 100 | $19.05 | ($1,905.00) | | | ($36,248.10) |
| 04/13/2021 | 100 | $18.81 | ($1,881.00) | | | ($38,129.10) |
| 04/14/2021 | 100 | $18.58 | ($1,858.00) | | | ($39,987.10) |
| 04/15/2021 | 100 | $18.41 | ($1,841.29) | | | ($41,828.39) |
| 04/15/2021 | 300 | $18.19 | ($5,457.00) | | | ($47,285.39) |
| 05/03/2021 | 100 | $17.79 | ($1,779.00) | | | ($49,064.39) |
| 05/19/2021 | 100 | $19.23 | ($1,923.00) | | | ($50,987.39) |
| 05/27/2021 | 100 | $21.70 | ($2,170.00) | | | ($53,157.39) |
| 06/30/2021 | 117 | $21.60 | ($2,527.20) | | | ($55,684.59) |
| 07/14/2021 | 40 | $19.91 | ($796.40) | | | ($56,480.99) |
| 8/12/2021* | 100 | $18.55 | ($1,855.00) | | | ($58,335.99) |
| 8/12/2021* | 60 | $18.28 | ($1,096.80) | | | ($59,432.79) |
| 08/13/2021 | 140 | $17.11 | ($2,395.40) | | | ($61,828.19) |
| 08/16/2021 | 140 | $17.00 | ($2,380.00) | | | ($64,208.19) |
| 09/03/2021 | 50 | $23.00 | ($1,150.00) | | | ($65,358.19) |
| 10/07/2021 | 20 | $18.25 | ($365.00) | | | ($65,723.19) |
| 10/22/2021 | 100 | $17.60 | ($1,760.00) | | | ($67,483.19) |
| 11/11/2021 | 56 | $16.05 | ($898.80) | | | ($68,381.99) |
| 12/01/2021 | 400 | $16.00 | ($6,400.00) | | | ($74,781.99) |
| 12/03/2021 | 100 | $15.17 | ($1,517.00) | | | ($76,298.99) |
| 12/29/2021 | 50 | $15.30 | ($765.00) | | | ($77,063.99) |
| 1/10/2022* | 150 | $14.50 | ($2,175.00) | | | ($79,238.99) |
| 01/11/2022 | 200 | $14.10 | ($2,820.00) | | | ($82,058.99) |
| 01/20/2022 | 100 | $13.60 | ($1,360.00) | | | ($83,418.99) |
| 02/08/2022 | 100 | $11.95 | ($1,195.00) | | | ($84,613.99) |
| 04/28/2022 | 400 | $8.17 | ($3,268.00) | | | ($87,881.99) |
| 08/09/2022 | 1000 | $7.00 | ($7,000.00) | | | ($94,881.99) |
| 09/20/2022 | 150 | $5.65 | ($847.50) | | | ($95,729.49) |
| 09/28/2022 | 150 | $5.14 | ($771.00) | | | ($96,500.49) |
| **Retained Shares** | 6,400 | | | | **Subtotal** | ($96,500.49) |
| | | | | | **Retained Share Value** | $16,482.62 |
| | | | | | **Total** | ($80,017.87) |

*Shares were purchased pre/post market hours.