# EXHIBIT 3

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF THE
TATTOOED CHEF INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    We, Dolev Cohen, Eric Staley, Daryl Wood, and Minderpal Gulati (together, "Movant" or the "Tattooed Chef Investor Group"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration").  We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.    We are informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members.  However, we have decided to move for co-lead plaintiffs in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]  This is in part due to the fact that we purchased Tattooed Chef securities at different times during the Class Period and believe that, together, we can provide better representation of the Class.

3.    I, Dolev Cohen, as reflected in my Certification, purchased Tattooed Chef securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Israel.  I am currently employed as a Deputy Chief Information Security Officer.  I consider myself to be a sophisticated investor and

---

[1] The "Class" consists of all persons and entities who purchased or otherwise acquired publicly traded Tattooed Chef, Inc. ("Tattooed Chef") securities between March 20, 2021 and October 12, 2022, inclusive (the "Class Period").

1

have been investing for seven years. I decided to seek appointment as lead plaintiff with Eric Staley, Daryl Wood, and Minderpal Gulati after learning of their motivations to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.    I, Eric Staley, as reflected in my Certification, purchased Tattooed Chef securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Harrisburg, Pennsylvania. I have a B.A. I am currently employed as a selector at a warehouse. I have been investing for approximately three years. I decided to seek appointment as lead plaintiff with Delov Cohen, Daryl Wood, and Minderpal Gulati after learning of their motivations to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.    I, Daryl Wood, as reflected in my Certification, purchased Tattooed Chef securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Ontario, Canada. I have a college degree. I am currently employed as a construction manager. I have been investing for approximately two years. I decided to seek appointment as lead plaintiff with Delov Cohen, Eric Staley, and Minderpal Gulati after learning of their motivations to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.    I, Minderpal Gulati, as reflected in my Certification, purchased Tattooed Chef securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Frisco, Texas. I have a bachelor's

2

degree. I am currently employed as a manager. I consider myself to be a sophisticated investor and have been investing for approximately twenty years. I decided to seek appointment as lead plaintiff with Delov Cohen, Eric Staley, and Daryl Wood after learning of their motivations to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

7.      We, Dolev Cohen, Eric Staley, Daryl Wood, and Minderpal Gulati believe that the allegations against Tattooed Chef are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action.  If appointed co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

8.      We each contacted and retained Bragar Eagel & Squire, P.C. ("BES") to represent us in the action filed against Tattooed Chef in the U.S. District Court for the Central District of California (the "Action").  After discussing the allegations against Tattooed Chef, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

9.      We have communicated with one another and our counsel.  We communicated about, among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership by investors like us; a shared desire to achieve the best possible result for the Class; our interests in prosecuting the case in a collaborative manner; attorney's fees; and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

10.    We believe that the Class will benefit from having four highly motivated investors with substantial financial interests at stake as co-lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We decided to work together to collaborate and exercise joint decision-making. Further, as mentioned above, we also purchased Tattooed Chef securities at different times. Due to the fact that we purchased Tattooed Chef securities at different stages in the Class Period, we are able to represent a cross-section of shareholders injured in this Action. We agree to work collaboratively to represent all Tattooed Chef shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

11.    We each understand that, if appointed, we would act in the best interests of the Class during the course of the litigation to provide effective representation and to ensure that our counsel, BES, effectively litigates the Action. If appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. However, in the unlikely event that a disagreement arises, we agree that our respective voting power will be determined in proportion to the amount of losses suffered by each group member.

12.    We select BES to serve as Lead Counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, BES. We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with

4

defendants.  Indeed, we believe that the firm's prior experience of effectively litigating complex class actions lawsuits will provide comfort that the proposed Class will receive the best possible representation.  We also believe that BES will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

13.    It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class.  Through supervision of our chosen counsel, BES, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner.  In that regard, we will direct BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

14.    We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice.  We understand that we may call for a meeting or conference call at any time, including on an emergency basis, if necessary.  We understand that meetings, conference calls, and communications may be conducted without counsel.  We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action.  We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.  Further, we agree to quarterly communications with one another and our counsel to discuss the progress of the litigation and have requested our counsel to provide us with regular status reports.

15.    We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings.  To this end, we will continue to direct counsel and oversee the prosecution of the Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves.  Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Action.

5

16.      We, Dolev Cohen, Eric Staley, Daryl Wood, and Minderpal Gulati hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as co-Lead Plaintiffs, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Action.  Our main goal is obtaining the largest recovery possible for the Class.

I, Dolev Cohen, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Feb 21, 2023</u> day of February, 2023.


<u>ρC.</u>
Dolev Cohen (Feb 21, 2023 00:52 GMT+2)

Dolev Cohen

I, Eric Staley, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this Feb 20, 2023 day of February, 2023.

_____
Eric Staley (Feb 20, 2023 18:49 EST)

Eric Staley

I, Daryl Wood, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the

foregoing is true and correct.

Executed this _Feb 20, 2023_ day of February, 2023.


_Daryl Wood_
Daryl Wood (Feb 20, 2023 17:50 EST)
_____

Daryl Wood

I, Minderpal Gulati, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that

the foregoing is true and correct.

Executed this ___Feb 21, 2023___ day of February, 2023.


*Minderpal Gulati*
Minderpal Gulati (Feb 21, 2023 16:56 CST)
Minderpal Gulati