# EXHIBIT 4

 

ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**

**REGISTER**

📞 866-767-3653  🌐 www.rosenlegal.com
**Ranked in Top 4 Each Year Since 2013**

# ROSEN, SKILLED INVESTOR COUNSEL, Encourages Tattooed Chef, Inc. Investors With Losses to Secure Counsel Before Important Deadline in First Filed Securities Class Action Commenced by the Firm – TTCF

December 25, 2022 12:12 ET | Source: **The Rosen Law Firm PA**

NEW YORK, Dec. 25, 2022 (GLOBE NEWSWIRE) --

**WHY:** Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Tattooed Chef, Inc. (NASDAQ: TTCF) between March 20, 2021 and October 12, 2022, both dates inclusive (the "Class Period"). A class action has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than February 21, 2023**.

**SO WHAT:** If you purchased Tattooed Chef securities during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Tattooed Chef class action, go to https://rosenlegal.com/submit-form/?case_id=9201 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than February 21, 2023**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.



litigate securities class actions. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose, among other things, that: (1) Tattooed Chef continuously downplayed its serious issues with internal controls; (2) Tattooed Chef's financial statements from March 31, 2021 to the present included "certain errors" such as overstating revenue and understating losses; (3) as a result, Tattooed Chef would need to restate its previously filed financial statements for certain periods; and (4) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the truth emerged, the lawsuit claims that investors suffered damages.

To join the Tattooed Chef class action, go to https://rosenlegal.com/submit-form/?case_id=9201 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.



| ESG NEWS | COVID-19 NEWS | SERVICES ⌄ | CONTACT US | FRANÇAIS | SIGN IN |
|---|---|---|---|---|---|

REGISTER

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

**Tags**

TTCF    Tattooed Chef    Inc.    Class Action

# Recommended Reading

February 21, 2023 13:15 ET

Source: The Rosen Law Firm PA

**ROSEN, TRUSTED INVESTOR COUNSEL, Encourages Invivyd, Inc. f/k/a Adagio Therapeutics, Inc. Investors to Secure Counsel Before Important...**

NEW YORK, Feb. 21, 2023 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a

February 21, 2023 12:00 ET

Source: The Rosen Law Firm PA

**ROSEN, GLOBALLY RECOGNIZED INVESTOR COUNSEL, Encourages Gemini Earn Program Investors to Secure Counsel Before Important Deadline in...**

GlobeNewswire
by notified

ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**

REGISTER

Earn"

# Explore





## [HTVRONT Auto Heat Press Earns Kickstarter 'Project...](#)

February 21, 2023 22:16 ET

## [Recycled Rubber, Rice Husks and Plastic Bottles: S...](#)

February 21, 2023 20:15 ET



GlobeNewswire
by notified

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:    in    🐦

## Newswire Distribution Network & Management

· [Home](#)           · [RSS Feeds](#)

· [Newsroom](#)      · [Legal](#)

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.