POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for the Tattooed Chef Investor Group and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, and STEPHANIE DIECKMANN,<br><br>Defendants. | Case No. 2:22-cv-09311-GW-E<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE TATTOOED CHEF INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL<br><br>DATE:  March 23, 2023<br>TIME:  8:30 a.m.<br>JUDGE:  George H. Wu<br>CTRM:  9D, 9th Floor |

DECLARATION - 2:22-cv-09311-GW-E

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Ben Ganje, Mohamed Saad, and Nassib Awad (collectively, the "Tattooed Chef Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Tattooed Chef Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Assignment of claims to Nassib Awad from Nassib M Awad & Paulette A Awad Trust;

Exhibit B:    Joint Declaration executed by the members of the Tattooed Chef Investor Group;

Exhibit C:    Chart setting forth the financial interest of the Tattooed Chef Investor Group in this litigation;

Exhibit D:    Press release published over *Business Wire* on December 23, 2022, announcing the pendency of the Action;

Exhibit E:    Shareholder Certifications executed by the members of the Tattooed Chef Investor Group; and

Exhibit F:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 21, 2023.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti