BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
    achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
    ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for John Hancock, Shashank Bagul, John Spadaro,
Dr. Mustapha Hotait, and Marco Starace and Proposed Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DINKO MIHAYLOV, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>            vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, and STEPHANIE DIECKMANN,<br><br>                              Defendants. | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**Reply Declaration of Dr. Mustapha Hotait**<br><br><br>Judge:        Hon. George H. Wu<br>Date:         March 23, 2023<br>Time:         8:30 a.m.<br>Courtroom:  9D, 9th Floor |

I, Dr. Mustapha Hotait, declare as follows:

1.      I am a member of the putative class in this securities-fraud class action.  I submit this reply declaration in support of my group's application for appointment as lead plaintiff under the Private Securities Litigation Reform Act of 1995 and for approval of our selection of Bottini & Bottini, Inc. as lead counsel.  I have personal knowledge of the facts stated in this declaration.

2.      The transaction information contained in my February 16, 2023 (Dkt. No. 28-4 at 8–9) is correct.

3.      As set forth in Exhibit A to my certification (Dkt. No. 28-4 at 9), I executed three trades of Tattooed Chef, Inc. stock through my broker in November 2021:

| Execution Date | Settlement Date | Number of Shares | Share Price |
|---|---|---|---|
| 11/4/2021 | 11/8/2021 | 2,000 | $18.46 |
| 11/4/2021 | 11/8/2021 | 2,500 | $18.56 |
| 11/5/2021 | 11/9/2021 | 1,200 | $18.13 |

The stock prices of these trades were assigned on the "execution dates."  The dates provided in Exhibit A to my certification are "settlement dates."  And the execution dates of my trades are correctly reflected on the Loss Chart submitted by my counsel (*see* Dkt. No. 28-5 at 6).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March $\underline{\ 3\ }$, 2023.

_____
Dr. Mustapha Hotait

1