## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-9311-GW-Ex | Date | July 6, 2023 |
|---|---|---|---|
| Title | *Dinko Mihaylov v. Tattooed Chef, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER**


The Court has received notice that the one of the defendants in this federal securities class action (*i.e.* Tattooed Chef, Inc.) has filed a Chapter 11 bankruptcy on July 2, 2023.  *See* ECF No. 76.  Obviously, said filing gives rise to an automatic stay. *See* 11 U.S.C. § 362.  Hence, the Court stays further litigation in this matter until the bankruptcy matter is completed or the stay is lifted by the bankruptcy court.

A status conference is set for October 12, 2023 at 8:30 a.m. in this action and the parties (aside from Tattooed Chef) are ordered to file a joint status report by October 5, 2023 regarding the status of the bankruptcy – in particular whether any party is seeking to obtain relief from the automatic stay.

| | : | 25 |
|---|---|---|
| Initials of Preparer | JG | |