BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
  FBottini@bottinilaw.com
ALBERT Y. CHANG
  AChang@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Lead Plaintiffs*
*DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL,*
*JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE*

GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
  cvarnen@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendants TATTOOED CHEF, INC.,*
*SALVATORE GALLETTI, STEPHANIE DIECKMANN,*
*EDWARD GELFAND, PAULA CIARAMITARO, MARIE*
*QUINTERO-JOHNSON, AND SARAH GALLETTI*

*Additional counsel listed on signature page*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP<br><br>                Defendants. | CASE NO. 2:22-cv-09311-GW-E<br><br>**STIPULATION REGARDING RESPONSE TO AMENDED COMPLAINT AND SETTING SCHEDULE FOR RESPONSIVE PLEADING**<br><br><br>Judge:          Hon. George H. Wu<br>Trial Date:     None Set<br>Action Filed:   December 23, 2022 |

Gibson, Dunn &
Crutcher LLP

WHEREAS, on December 23, 2022, Plaintiff Dinko Mihaylov filed a putative class action complaint (the "Complaint") alleging violations of the federal securities laws against Defendants Tattooed Chef, Inc. ("Tattooed Chef"); and Salvatore Galletti and Stephanie Dieckmann;

WHEREAS, on March 24, 2023, the Court appointed John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace as Lead Plaintiffs and approved their selection of Lead Counsel (ECF No. 51);

WHEREAS, on June 5, 2023, Lead Plaintiffs filed a First Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") against Defendants Tattooed Chef; Salvatore Galletti, Stephanie Dieckmann, Charles F. Cargile, Edward Gelfand, Paula Ciaramitaro, Marie Quintero-Johnson, and Sarah Galletti (the "Individual Defendants"); and BDO USA, LLP ("BDO," and together with Tattooed Chef and the Individual Defendants, the "Defendants") (ECF No. 64);

WHEREAS, on June 27, 2023, Lead Plaintiffs and Defendants filed a Stipulation Regarding Response to Amended Complaint and Setting Schedule for Responsive Pleading (ECF No. 68);

WHEREAS, on June 28, 2023, the Court approved the Stipulation Regarding Response to Amended Complaint and Setting Schedule for Responsive Pleading and entered a schedule and word limits for Defendants' responsive pleading (ECF No. 71);

WHEREAS, on July 3, 2023, Tattooed Chef filed a Notice of Automatic Stay and Suggestion of Bankruptcy advising the Court and parties that Tattooed Chef had filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Action") (ECF No. 76);

WHEREAS, on July 6, 2023, the Court stayed this action until the Bankruptcy Action is completed or the stay is lifted by the bankruptcy court (ECF No. 77);

WHEREAS, on May 9, 2024, the bankruptcy court entered its order confirming the Debtors' First Amended Joint Chapter 11 Liquidating Plan (As Modified) Dated

Gibson, Dunn &
Crutcher LLP

2

February 21, 2024;

WHEREAS, on July 15, 2024, the Court lifted the stay and ordered the parties to file a joint document with proposed dates by noon on July 17, 2024 (ECF No. 92); and

WHEREAS, pursuant to the PSLRA, all discovery and other proceedings in this action are stayed pending the determination of Defendants' planned motion(s) to dismiss (15 U.S.C. § 78u–4(b)(3)(B)).

NOW THEREFORE, pursuant to Local Civil Rule 7-1, the parties hereby agree and stipulate as follows:

1.     Each of the Defendants will answer or move to dismiss the Amended Complaint on or before September 10, 2024.

2.     If any of the Defendants move to dismiss the Amended Complaint, Lead Plaintiffs will file their opposition to the motion(s) on or before October 25, 2024.

3.     If any of the Defendants move to dismiss the Amended Complaint, they will file their respective replies on or before November 25, 2024.

4.     The parties jointly request that the hearing on Defendants' motion(s) to dismiss be set for December 12, 2024, or another date convenient to the Court.

5.     Briefs in support of any motion(s) to dismiss shall be limited to 10,000 words each.

6.     Briefs in opposition to any motion(s) to dismiss shall be limited to 10,000 words each.

7.     Reply briefs shall be limited to 7,000 words each.

8.     In light of the PSLRA discovery stay pending determination of Defendants' planned motion(s) to dismiss, the parties believe that no discovery or class certification deadlines need be set at this time.

9.     The parties shall meet and confer on, and propose to the Court, a discovery schedule and class certification briefing within 14 days of an order (i) denying Defendants' motion(s) to dismiss in full, or (ii) granting Defendants' motion(s) to dismiss in part and following Lead Plaintiffs' notice that they do not plan to further

Gibson, Dunn & Crutcher LLP

amend their complaint.

10.    The parties to this stipulation agree that the existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise.  The parties reserve all of their rights.

DATED:  July 16, 2024                    Respectfully submitted,

                                         GIBSON, DUNN & CRUTCHER LLP


                                         By: /s/ Alexander K. Mircheff
                                             Craig Varnen
                                             Alexander K. Mircheff
                                             Allison Kostecka
                                             Brian Yang

                                         *Attorneys for Defendants TATTOOED
                                         CHEF, INC., SALVATORE GALLETTI,
                                         STEPHANIE DIECKMANN, EDWARD
                                         GELFAND, PAULA CIARAMITARO,
                                         MARIE QUINTERO-JOHNSON, and
                                         SARAH GALLETTI*

DATED:  July 16, 2024                    Respectfully submitted,

                                         STRADLING YOCCA CARLSON &
                                         RAUTH, A PROFESSIONAL
                                         CORPORATION


                                         By: /s/ Stephen Ram
                                             Marc Schneider
                                             mschneider@stradlinglaw.com
                                             Stephen Ram
                                             sram@stradlinglaw.com
                                             660 Newport Center Drive
                                             Suite 1600
                                             Newport Beach, CA 92660
                                             (949) 725-4000

                                         *Attorneys for Defendant
                                         CHARLES F. CARGILE*

STIPULATION REGARDING RESPONSE TO COMPLAINT & SETTING SCHEDULE
CASE NO. 2:22-CV-09311-GW-E

Gibson, Dunn &
Crutcher LLP

DATED:  July 16, 2024                    Respectfully submitted,

MCDERMOTT WILL & EMERY LLP


By:  */s/ William P. Donovan, Jr.*
    William P. Donovan, Jr.
    Wdonovan@mwe.com
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067-3206
    Telephone:  (310) 277-4110
    Facsimile:  (310) 277-4730

*Attorneys for Defendant BDO USA, LLP*


DATED:  July 16, 2024                    Respectfully submitted,

BOTTINI & BOTTINI, INC.


By:  */s/ Albert Y. Chang*
    Francis A. Bottini, Jr.
    FBottini@bottinilaw.com
    Albert Y. Chang
    AChang@bottinilaw.com
    7817 Ivanhoe Avenue, Suite 102
    La Jolla, California 92037
    Telephone: (858) 914-2001
    Facsimile: (858) 914-2002

*Attorneys for Lead Plaintiffs DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE*

Gibson, Dunn &
Crutcher LLP

5

STIPULATION REGARDING RESPONSE TO COMPLAINT & SETTING SCHEDULE
CASE NO. 2:22-CV-09311-GW-E

**Attestation**

In compliance with Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 16, 2024

*/s/ Alexander K. Mircheff*
_____

Gibson, Dunn & Crutcher LLP

6