GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
    cvarnen@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
    amircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

GIBSON, DUNN & CRUTCHER LLP
ALLISON KOSTECKA, Admitted *Pro Hac Vice*
    akostecka@gibsondunn.com
1801 California Street, Suite 4200
Denver, Colorado  80202
Telephone:  303.298.5700
Facsimile:   303.298.5907

GIBSON, DUNN & CRUTCHER LLP
BRIAN YANG, SBN 328551
    byang2@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612
Telephone:  949.451.3800
Facsimile:   949.451.4220

*Attorneys for Defendants*
*SALVATORE GALLETTI, STEPHANIE DIECKMANN,*
*EDWARD GELFAND, PAULA CIARAMITARO, MARIE*
*QUINTERO-JOHNSON, and SARAH GALLETTI*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP<br><br>Defendants. | CASE NO. 2:22-cv-09311-GW-E<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:      December 12, 2024<br>Time:      8:30 a.m.<br>Ctrm:     9D<br>Judge:    Hon. George H. Wu |

Gibson, Dunn & Crutcher LLP

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D, First Street U.S. Courthouse, 350 West 1st St., Los Angeles, CA 90012, before the Honorable George H. Wu, Defendants, by and through their counsel of record, will and hereby do move the Court to enter an order dismissing Plaintiffs' First Amended Class Action Complaint ("FAC") for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act").

Plaintiffs' claim under Section 10(b) of the Exchange Act should be dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), Rule 9(b), and the Private Securities Litigation Reform Act of 1995 ("PSLRA") because Plaintiffs fail to plead falsity, scienter, or loss causation.  Plaintiffs' claim under Section 20(a) of the Exchange Act should be dismissed for failure to plead a primary violation of the securities laws.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Alexander K. Mircheff and accompanying exhibits, the Request for Judicial Notice, the complete files and records in this action, and any additional material and argument submitted in connection with this motion.

Defendants make this motion following a conference with Plaintiffs' counsel pursuant to L.R. 7-3, which took place on August 30, 2024.

Gibson, Dunn &
Crutcher LLP

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS
ACTION COMPLAINT
CASE NO. 2:22-CV-09311-GW-E

DATED: September 10, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Craig Varnen*
    Craig Varnen
    Alexander K. Mircheff
    Allison Kostecka
    Brian Yang

*Attorneys for Defendants SALVATORE GALLETTI, STEPHANIE DIECKMANN, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, and SARAH GALLETTI*

Gibson, Dunn &
Crutcher LLP

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS
ACTION COMPLAINT
CASE NO. 2:22-CV-09311-GW-E