BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
   FBottini@bottinilaw.com
ALBERT Y. CHANG
   AChang@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Lead Plaintiffs*
*DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL,*
*JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE*

GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
   cvarnen@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
   amircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendants TATTOOED CHEF, INC.,*
*SALVATORE GALLETTI, STEPHANIE DIECKMANN,*
*EDWARD GELFAND, PAULA CIARAMITARO, MARIE*
*QUINTERO-JOHNSON, AND SARAH GALLETTI*

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP<br><br>                    Defendants. | CASE NO. 2:22-cv-09311-GW-E<br><br>**STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT AND SETTING SCHEDULE FOR RESPONSIVE PLEADING**<br><br><br>Judge:          Hon. George H. Wu<br>Trial Date:     None Set<br>Action Filed:   December 23, 2022 |

WHEREAS, on December 23, 2022, Plaintiff Dinko Mihaylov filed a putative class action complaint (the "Complaint") alleging violations of the federal securities laws against Defendants Tattooed Chef, Inc. ("Tattooed Chef"), Salvatore Galletti, and Stephanie Dieckmann;

WHEREAS, on March 24, 2023, the Court appointed John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace as Lead Plaintiffs and approved their selection of Lead Counsel (ECF No. 51);

WHEREAS, on June 5, 2023, Lead Plaintiffs filed a First Amended Class Action Complaint for Violations of the Federal Securities Laws (the "First Amended Complaint") against Defendants Tattooed Chef; Salvatore Galletti, Stephanie Dieckmann, Charles F. Cargile, Edward Gelfand, Paula Ciaramitaro, Marie Quintero-Johnson, and Sarah Galletti (the "Individual Defendants"); and BDO USA, LLP ("BDO," and together with Tattooed Chef and the Individual Defendants, the "Defendants") (ECF No. 64);

WHEREAS, on December 12, 2024, the Court granted Defendants' motions to dismiss the First Amended Complaint with leave to amend, and set a deadline of February 3, 2025 for Plaintiffs to file a Second Amended Complaint (ECF No. 123);

WHEREAS, on February 3, 2025, Plaintiffs filed a Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Second Amended Complaint") against Defendants (ECF No. 124);

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), the current deadline for Defendants to respond to the Second Amended Complaint is February 18, 2024;

WHEREAS, the Second Amended Complaint totals 105 pages and 202 paragraphs;

WHEREAS, in light of the length of the Amended Complaint and the number of Defendants, the parties propose an amended briefing schedule.

NOW THEREFORE, pursuant to Local Civil Rule 7-1, the parties hereby agree

Gibson, Dunn & Crutcher LLP

2

and stipulate as follows:

1. Each of the Defendants will answer or move to dismiss the Second Amended Complaint on or before March 3, 2025.

2. If any of the Defendants move to dismiss the Second Amended Complaint, Lead Plaintiffs will file their opposition to the motion(s) on or before March 31, 2025.

3. If any of the Defendants move to dismiss the Second Amended Complaint, they will file their respective replies on or before April 14, 2025.

4. The parties jointly request that the hearing on Defendants' motion(s) to dismiss be set for April 28, 2025, or another date convenient to the Court.

5. The parties to this stipulation agree that the existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise. The parties reserve all of their rights.

DATED:  February 7, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Craig Varnen*
    Craig Varnen
    Alexander K. Mircheff
    Allison Kostecka
    Brian Yang

*Attorneys for Defendants SALVATORE GALLETTI, STEPHANIE DIECKMANN, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, and SARAH GALLETTI*

Gibson, Dunn & Crutcher LLP

STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT & SETTING SCHEDULE
CASE NO. 2:22-CV-09311-GW-E

DATED:  February 7, 2025

Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH, A PROFESSIONAL CORPORATION

By: /s/ Stephen Ram
    Marc Schneider
    mschneider@stradlinglaw.com
    Stephen Ram
    sram@stradlinglaw.com
    660 Newport Center Drive
    Suite 1600
    Newport Beach, CA 92660
    (949) 725-4000

*Attorneys for Defendant*
*CHARLES F. CARGILE*

Respectfully submitted,

DATED:  February 7, 2025

MCDERMOTT WILL & EMERY LLP

By: /s/ William P. Donovan, Jr.
    William P. Donovan, Jr.
    Wdonovan@mwe.com
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067-3206
    Telephone:  (310) 277-4110
    Facsimile:  (310) 277-4730

*Attorneys for Defendant BDO USA, LLP*

Gibson, Dunn & Crutcher LLP

4

STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT & SETTING SCHEDULE
CASE NO. 2:22-CV-09311-GW-E

DATED:  February 7, 2025

Respectfully submitted,

BOTTINI & BOTTINI, INC.

By: */s/ Albert Y. Chang*
Francis A. Bottini, Jr.
FBottini@bottinilaw.com
Albert Y. Chang
AChang@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Lead Plaintiffs DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE*

Gibson, Dunn & Crutcher LLP

5

STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT & SETTING SCHEDULE
CASE NO. 2:22-CV-09311-GW-E

**Attestation**

In compliance with Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 7, 2025

                                                  /s/ Craig Varnen
                                        _____

Gibson, Dunn & Crutcher LLP

STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT & SETTING SCHEDULE
CASE NO. 2:22-CV-09311-GW-E