**McDERMOTT WILL & EMERY LLP**
William P. Donovan, Jr. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Jordan Kazlow (adm. *Pro Hac Vice*)
845 Texas Avenue, Suite 4000
Houston, TX 77002
Telephone: (713) 653-1700
Facsimile: (972) 232-3098

Attorneys for Defendant BDO USA, P.C.
(f/k/a BDO USA, LLP)

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, PC (f/k/a BDO USA, LLP)<br><br>Defendants. | CASE NO. 2:22-cv-09311-GW-E<br><br>**NOTICE OF MOTION AND DEFENDANT BDO'S MOTION TO DISMISS**<br><br>[*Memorandum of Points and Authorities in support thereof, Declaration of William P. Donovan, Jr. and [Proposed] Order filed concurrently herewith*]<br><br>DATE:     April 28, 2025<br>TIME:     8:30 A.M.<br>CTRM:     Courtroom 9D, 9th Floor<br>              350 West 1st Street<br>              Los Angeles, CA 90012<br>JUDGE:    George H. Wu<br><br>Complaint Filed:    December 23, 2022<br><br>First Amended Complaint Filed:    June 5, 2023<br><br>Second Amended Complaint Filed:    February 2, 2023 |

DEFENDANT BDO USA, LLP'S NOTICE
OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 28, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable George H. Wu, in Courtroom 9D of this Court, located at 350 W. 1st Street, Los Angeles, California, defendant BDO USA, P.C. (f/k/a BDO USA, LLP) ("BDO"), will hereby does move the Court for an order dismissing with prejudice Plaintiffs' Dinko Mihaylov, John Hancock, Shashank Bagul, John Spadaro, Mustapha Hotait, and Marco Starace's Second Amended Complaint [ECF 124] (the "SAC").

The motion to dismiss is pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and the Private Securities Litigation Reform Act ("PSLRA") on the grounds that the Complaint fails to state a claim upon which relief can be granted. Though the Court provided Plaintiffs leave to amend after dismissing the First Amended Complaint [ECF 99], Plaintiffs have made no substantive changes to the pleading as to BDO and the SAC should be dismissed for the same reasons as the FAC, including that:

1. The SAC does not plead any facts that, if true, would constitute more than a mere misapplication of accounting principles and fails to meet the exacting standard for alleging auditor scienter.

2. The SAC fails to plead with particularity that BDO's statement of opinion was false or misleading when made.

Accordingly, the dismissal of the SAC should now be with prejudice.

BDO bases its Motion on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, the oral argument of counsel, and any other matters that may come before the Court.

Pursuant to Local Rule 7-3 BDO certifies that, prior to filing their accompanying Motion to Dismiss, counsel for BDO met and conferred in good faith with counsel for Plaintiffs on February 21, 2025.

- 1 -    DEFENDANT BDO USA, LLP'S NOTICE
OF MOTION AND MOTION TO DISMISS

DM_US 210931863-1.093939.0637

Dated:  March 3, 2025

**MCDERMOTT WILL & EMERY LLP**

By:    /s/ *William P. Donovan, Jr.*

William P. Donovan, Jr. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Jordan Kazlow (adm. *Pro Hac Vice*)
845 Texas Avenue, Suite 4000
Houston, TX 77002
Telephone: (713) 653-1700
Facsimile: (972) 232-3098

*Attorneys for Defendant BDO USA, P.C. (f/k/a BDO USA, LLP)*

- 2 -    DEFENDANT BDO USA, LLP'S NOTICE OF MOTION AND MOTION TO DISMISS