**McDERMOTT WILL & EMERY LLP**
William P. Donovan, Jr. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Jordan Kazlow (adm. *Pro Hac Vice*)
845 Texas Avenue, Suite 4000
Houston, TX 77002
Telephone: (713) 653-1700
Facsimile: (972) 232-3098

Attorneys for Defendant BDO USA, P.C.
(f/k/a BDO USA, LLP)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, P.C. (f/k/a BDO USA, LLP)<br><br>Defendants. | CASE NO. 2:22-cv-09311-GW-E<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BDO USA, P.C.'S MOTION TO DISMISS AND NOTICE OF JOINDER**<br><br>DATE: April 28, 2025<br>TIME: 8:30 A.M.<br>CTRM: Courtroom 9D, 9th Floor<br>350 West 1st Street<br>Los Angeles, CA 90012<br>JUDGE: George H. Wu<br><br>Complaint Filed: December 23, 2022<br><br>First Amended Complaint Filed: June 5, 2023<br><br>Second Amended Complaint Filed: February 2, 2025 |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant BDO USA, P.C. (f/k/a BDO USA, LLP) ("BDO") joins in and adopts Salvatore Galletti, Stephanie Dieckman, Edward Gelfand, Paula Ciaramitaro, Marie Quintero-Johnson, and Sarah Galletti's (collectively the "Individual Defendants") Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint [Dkt.129-17] and the Request for Judicial Notice in Support of Defendant Charles F. Cargile's Motion to Dismiss Plaintiffs' Second Amended Complaint [Dkt.128-8].

Further, pursuant to Federal Rule of Evidence 201(b), BDO, through its undersigned counsel, respectfully requests that the Court take judicial notice of and/or incorporate by reference Exhibits 1 through 3 attached to the Declaration of William P. Donovan, Jr. in support of BDO's Motion to Dismiss. "Although district courts generally may not consider evidence outside the pleadings when ruling on a motion to dismiss under Rule 12(b)(6) . . . a court may properly consider evidence outside of the pleadings if it is properly subject to judicial notice or is incorporated by reference into the pleadings." *Ryan v. FIGS, Inc.*, No. 2:22-cv-07939-ODW (AGRx), 2024 WL 187001 at *5 (C.D. Cal. Jan. 17, 2024). Courts "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court may take judicial notice on its own or "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

BDO seeks judicial notice of three Tattooed Chef, Inc.'s ("Tattooed Chef" or the "Company") public SEC filings: (1) the Company's Form 8-K filed March 25, 2022 announcing that BDO had notified the Company that it had declined to stand for reelection in 2022; (2) the Company's Form 10-K/A filed on November 17, 2022 ; and (3) the Company's Form 10-K filed on March 16, 2022. Courts in this District routinely take judicial notice of SEC filings, "as they are public disclosure documents

- 1 -    REQUEST FOR JUDICIAL NOTICE

required by law to be filed." *Ryan*, 2024 WL 187001 at \*5; *see also In re New Century*, 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) ("It is well established that courts may take judicial notice of SEC filings.") (citing *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006)(recognizing courts "may consider documents referred to in the complaint, or any matter subject to judicial notice, such as SEC filings"). Exhibits 1–3 are available on the SEC website and are matters of public record not subject to reasonable dispute. Judicial notice is appropriate.

Judicial notice is also appropriate as to the Company's Form 10-K/A filed on November 17, 2022 and the Company's Form 10-K filed on March 16, 2022 because Plaintiffs rely extensively on these documents in their SAC. "[I]ncorporation-by-reference is a judicially created doctrine that treats certain documents as though they are a part of the complaint itself. The doctrine prevents plaintiffs from selecting only portions of document that support their claims, while omitting portions of those very documents that weaken – or doom – their claims." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). Here, Plaintiffs' claims as they relate to BDO are predicated on statements made by BDO in its audit opinion contained in the Company's Form 10-K filed on March 16, 2022 (*see* SAC ¶ 111) which Plaintiffs allege was "admitted to be false by the Company when it filed its Amended 2021 Annual Report on Form 10-K/A on November 17, 2022" (¶ 110). *See Ryan*, 2024 WL 187001 at \*6 ("Courts may also consider material incorporated by reference into the complaint as true for purposes of a motion to dismiss under Rule 12(b)(6) where the plaintiff refers to material extensively or it forms the basis of plaintiff's claims"); *see also In re Wet Seal, Inc. Sec. Litig.*, 518 F. Supp. 2d 1148, 1159 (C.D. Cal. 2007) (taking judicial notice of a document where security fraud plaintiffs' claims were "predicated upon" the document).

///

///

///

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

REQUEST FOR JUDICIAL NOTICE

For the foregoing reasons, BDO respectfully requests that this Honorable Court take judicial notice of its Exhibits 1–3 attached to the Declaration of William P. Donovan Jr. in support of BDO's Motion to Dismiss.

Dated:  March 5, 2025

**MCDERMOTT WILL & EMERY LLP**

By:    /s/ *William P. Donovan, Jr.*

William P. Donovan, Jr. (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Jordan Kazlow (adm. *Pro Hac Vice*)
845 Texas Avenue, Suite 4000
Houston, TX 77002
Telephone: (713) 653-1700
Facsimile: (972) 232-3098

*Attorneys for Defendant BDO USA, P.C.
(f/k/a BDO USA, LLP)*

REQUEST FOR JUDICIAL NOTICE