BOTTINI & BOTTINI, INC.

Francis A. Bottini, Jr. (SBN 175783)
   fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
   achang@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>              vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP,<br><br>                         Defendants. | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**Declaration of Albert Y. Chang Regarding Submission of Redlined Comparison of the Complaints**<br><br>Judge:       Hon. George H. Wu<br>Date:        June 9, 2025<br>Time:        8:30 a.m.<br>Courtroom:  9D, 9th Floor |

Under 28 U.S.C. § 1746, I, Albert Y. Chang, declare as follows:

1.      I am an attorney with the law firm of Bottini & Bottini, Inc., counsel for lead plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace.  I submit this declaration in compliance with the Court's instruction (by email of May 28, 2025) to submit a redlined comparison between lead plaintiffs' February 3, 2025 Second Amended Class Action Complaint (Dkt. No. 124) and their June 5, 2023 First Amended Class Action Complaint (Dkt. No. 64).  I have personal knowledge of the facts stated in this declaration; I could and would testify to these facts, if called upon to do so.

2.      Attached as **Exhibit A** is a true and correct copy of the redlined comparison described above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2025 in La Jolla, California.

s/ Albert Y. Chang

Albert Y. Chang

1