GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
   cvarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

GIBSON, DUNN & CRUTCHER LLP
ALLISON KOSTECKA, Admitted *Pro Hac Vice*
   akostecka@gibsondunn.com
1900 Lawrence Street, Suite 3000
Denver, Colorado  80202
Telephone:  303.298.5700
Facsimile:   303.298.5907

GIBSON, DUNN & CRUTCHER LLP
BRIAN YANG, SBN 328551
   byang2@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612
Telephone:  949.451.3800
Facsimile:   949.451.4220

*Attorneys for Defendants*
*SALVATORE GALLETTI, STEPHANIE DIECKMANN,*
*EDWARD GELFAND, PAULA CIARAMITARO, MARIE*
*QUINTERO-JOHNSON, and SARAH GALLETTI*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP <br><br> Defendants. | CASE NO. 2:22-cv-09311-GW-E <br><br> **L.R.7-15 ORAL ARGUMENT WAIVER ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Date:    June 9, 2025 <br> Time:    8:30 a.m. <br> Ctrm:    9D <br> Judge:   Hon. George H. Wu |

Gibson, Dunn &
Crutcher LLP

With the consent of all Defendants, Defendants Salvatore Galletti, Stephanie Dieckmann, Charles F. Cargile, Edward Gelfand, Paula Ciaramitaro, Marie Quintero-Johnson, Sarah Galletti, and BDO USA, P.C. (f/k/a BDO USA, LLP) write, pursuant to Local Civil Rule 7-15, to jointly notify the Court that they have agreed, subject to the Court's consent, to waive oral argument on Defendants' Motions to Dismiss Plaintiffs' Second Class Action Complaint (ECF Nos. 127-129).  If the Court has questions, Defendants are happy to appear and address those questions.  If, however, the Court does not have questions for Defendants, Defendants agree the Motions may be decided on the papers.[1]

DATED:  June 4, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _/s/Craig Varnen_
Craig Varnen
Allison Kostecka
Brian Yang

*Attorneys for Defendants SALVATORE GALLETTI, STEPHANIE DIECKMANN, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, and SARAH GALLETTI*

---

[1] Counsel for Defendants reached out to counsel for Plaintiffs on June 3, 2025 to get their position on a hearing.  As of the time of this filing, we have not received a response.

Gibson, Dunn & Crutcher LLP

DATED:  June 4, 2025

Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH, LLP

By:  */s/ Stephen L. Ram*
Marc J. Schneider
mschneider@stradlinglaw.com
Stephen L. Ram
sram@stradlinglaw.com
660 Newport Center Drive
Suite 1600
Newport Beach, CA 92660
(949) 725-4000

*Attorneys for Defendant*
*CHARLES F. CARGILE*

DATED:  June 4, 2025

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By:  */s/ William P. Donovan, Jr.*
William P. Donovan, Jr.
Wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:  (310) 277-4110
Facsimile:  (310) 277-4730

*Attorneys for Defendant BDO USA, LLP*

Gibson, Dunn &
Crutcher LLP

3

**<u>Local Rule 5-4.3.4 Attestation</u>**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 4, 2025

*/s/ Craig Varnen*
Craig Varnen

*Attorneys for Defendants SALVATORE GALLETTI, STEPHANIE DIECKMANN, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, and SARAH GALLETTI*

L.R.7-15 ORAL ARGUMENT WAIVER ON DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 2:22-CV-09311-GW-E