## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9311-GW-Ex | Date | June 9, 2025 |
|---|---|---|---|

| Title | *Dinko Mihaylov v. Tattooed Chef, Inc., et al.* |
|---|---|

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Albert Y. Chang | Craig Varnen |
| | Allison K. Kostecka |
| | William P. Donovan, Jr. |
| | Marc Schneider |
| | Andrew B. Mason |

**PROCEEDINGS :    DEFENDANT BDO'S MOTION TO DISMISS [127]; DEFENDANT CHARLES F. CARGILE'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [DKT 124] [128]; and SALVATORE GALLETTI, STEPHANIE DIECKMANN, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, and SARAH GALLETTI'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT [129]**

The Court's Tentative Rulings on the above-entitled Motions [127, 128, 129], was issued on June 6, 2025 [144]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court will dismiss BDO, Cargile, Ciaramitaro, Gelfand, and Quintero-Johnson without leave to amend. As to the remaining defendants Salvatore "Sam" Galletti, Stephanie Dieckmann, and Sarah Galletti, Plaintiffs are granted leave to amend the SAC (and are strongly encouraged again to greatly-simplify and -clarify their allegations in doing so). Plaintiff will have 45 days from the date of this order to file a Third Amended Complaint.

|  | : | 20 |
|---|---|---|

Initials of Preparer    JG