BOTTINI & BOTTINI, INC.

Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
    achang@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP,<br><br>                    Defendants. | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**Stipulation Extending Plaintiffs' Deadline to File an Amended Complaint and Setting Schedule for Responsive Pleading** |

Under Local Rule 7-1, the parties — Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace and Defendants Salvatore Galletti, Stephanie Dieckmann, and Sarah Galletti — state as follows:

WHEREAS, on June 9, 2025, the Court dismissed plaintiffs' Second Amended Complaint and granted them leave to file a Third Amended Complaint on or before July 24, 2025;

WHEREAS, during the past two weeks, the parties have engaged in preliminary discussions of a potential settlement of this action;

WHEREAS, the parties believe that additional time is needed to fully explore the prospect of resolving plaintiffs' claims through a settlement; and

WHEREAS, the parties believe that a 60-day extension of plaintiffs' deadline to file their Third Amended Complaint will (1) provide additional time for the parties to engage in further settlement discussions; and (2) promote efficiency and judicial economy and conserve the parties' resources.

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiffs' July 24, 2025 deadline to file a Third Amended Complaint is extended to September 22, 2025.

2. Defendants will answer or move to dismiss the Third Amended Complaint on or before November 21, 2025.

3. If any of the Defendants move to dismiss the Third Amended Complaint, Lead Plaintiffs will file their opposition to the motion(s) on or before January 20, 2026.

4. If any of the Defendants move to dismiss the Third Amended Complaint, they will file their respective replies on or before March 6, 2026.

5. The existence of this stipulation, the filing of this stipulation, the

1

terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise.  The parties reserve all of their rights.

Dated:  July 14, 2025                                Respectfully submitted,

BOTTINI & BOTTINI, INC.

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.
Albert Y. Chang
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:    (858) 914-2002
Email:        fbottini@bottinilaw.com
                     achang@bottinilaw.com

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hofait, and Marco Starace*

Dated:  July 14, 2025                                Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

s/ Craig Varnen
Craig Varnen (SBN 172603)
CVarnen@gibsondunn.com
Alexander K. Mircheff (SBN 245074)
AMircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3917
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Brian Yang (SBN 328551)
BYang2@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Counsel for Defendants Salvatore Galletti, Stephanie Dieckmann, and Sarah Galletti*

2

**Attestation**

In compliance with Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 14, 2025

 s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

3