UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP,<br><br>Defendants. | Case No. CV 22-9311-GW-Ex<br><br>Class Action<br><br>**Order Granting Stipulation to Extend Plaintiffs' Deadline to File an Amended Complaint and Setting Schedule for Responsive Pleading** |

On September 15, 2025, the parties — Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace and Defendants Salvatore Galletti, Stephanie Dieckmann, and Sarah Galletti — filed a Stipulation Extending Plaintiffs' Deadline to File an Amended Complaint.  The Court, having fully reviewed and considered the Stipulation, and finding good cause for the Stipulation, orders as follows:

1. Plaintiffs' September 22, 2025 deadline to file a Third Amended Complaint shall be extended to January 7, 2026.

2. Defendants will answer or move to dismiss the Third Amended Complaint on or before February 4, 2026.

3. If any of the Defendants move to dismiss the Third Amended Complaint, Lead Plaintiffs will file their opposition to the motion(s) on or before March 4, 2026.

4. If any of the Defendants move to dismiss the Third Amended Complaint, they will file their respective replies on or before March 31, 2026. The hearing on the motion to dismiss is set for April 16, 2026 at 8:30 a.m. If no motion to dismiss is filed and the Third Amended Complaint is answered on February 4, 2026, an FRCP 26(f) scheduling conference is set for February 19, 2026 at 8:30 a.m.

5. There will be no further continuances granted.

6. The existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise.  The parties reserve all of their rights.

IT IS SO ORDERED.

Dated:  September 16, 2025

HON. GEORGE H. WU,
United States District Judge

1