BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
   fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP,<br><br>Defendants. | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**Joint Notice of Settlement and Stipulation Adjourning Deadline for Plaintiffs to File Third Amended Complaint** |

1    Under Local Rule 7-1, the parties — Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace and Defendants Salvatore Galletti, Stephanie Dieckmann, and Sarah Galletti — submit this joint notice regarding an agreement in principle to resolve the litigation, and state as follows:

WHEREAS, on June 9, 2025, the Court dismissed plaintiffs' Second Amended Complaint and granted them leave to file a Third Amended Complaint on or before July 24, 2025;

WHEREAS, following the Court's order, the parties engaged in discussions of a potential settlement of this action;

WHEREAS, on July 14, 2025, the Court granted the parties' stipulation extending plaintiffs' deadline to file a Third Amended Complaint to September 22, 2025 to allow the parties to engage in further settlement discussions (Dkt. No. 147);

WHEREAS, on September 16, 2025, the Court granted the parties' stipulation further extending plaintiffs' deadline to file a Third Amended Complaint to January 7, 2026 to allow the parties to engage in further settlement discussions (Dkt. No. 149);

WHEREAS, the parties engaged in discussions of a potential settlement of this action and have, with the assistance of the mediator, reached an agreement in principle to fully and finally resolve the litigation;

WHEREAS, because this is a class action, the Court must approve the proposed settlement; and

WHEREAS, the parties will work together to document the settlement and submit a motion for preliminary approval of the settlement to the Court, but wanted to promptly advise the Court of the settlement given the pending deadline for Plaintiffs to file a Third Amended Complaint, which is currently

due January 7, 2026.

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiffs' January 7, 2026 deadline to file a Third Amended Complaint is adjourned, without prejudice to Plaintiffs' right to file an amended complaint if the settlement is not approved for any reason.

2. Plaintiffs shall promptly file a motion for preliminary approval of the settlement once the parties have executed a Stipulation of Settlement and prepared the necessary motion papers.

3. The existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise.  The parties reserve all of their rights.

Dated:  January 6, 2026

Respectfully submitted,

BOTTINI & BOTTINI, INC.

 s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
Email:       fbottini@bottinilaw.com

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hofait, and Marco Starace*

Dated:  January 6, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

 s/ Craig Varnen
Craig Varnen (SBN 172603)
CVarnen@gibsondunn.com
Alexander K. Mircheff (SBN 245074)
AMircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3917
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Brian Yang (SBN 328551)
BYang2@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Counsel for Defendants Salvatore Galletti, Stephanie Dieckmann, and Sarah Galletti*

**Attestation**

In compliance with Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2026

    s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.