BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul,*
*John Spadaro, Dr. Mustapha Hotait, and Marco Starace*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>    vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP,<br><br>                                    Defendants. | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 7, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor<br>Judge: Honorable George H. Wu |

Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace, on behalf of themselves and the Settlement Class, respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on May 7, 2026, at 8:30 a.m. or such date as determined by the Court, in the United States District Court for the Central District of California, before the Honorable George H. Wu, in Courtroom 9D, 9th Floor of the United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs will and hereby do move the Court for an order: (i) preliminarily approving the proposed Settlement of this class action; (ii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iii) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (iv) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and awards to Plaintiffs. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Francis A. Bottini, Jr. with the exhibits thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 2, 2026. Defendants do not oppose the relief sought by this motion. As this motion is unopposed, Plaintiffs respectfully request that the Court grant the motion without a hearing.

Dated: April 3, 2026

Respectfully submitted,

BOTTINI & BOTTINI, INC.

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
Email:       fbottini@bottinilaw.com

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hofait, and Marco Starace*

2