BOTTINI & BOTTINI, INC.

Francis A. Bottini, Jr. (SBN 175783)

   fbottini@bottinilaw.com

7817 Ivanhoe Avenue, Suite 102

La Jolla, California 92037

Telephone: (858) 914-2001

Facsimile:   (858) 914-2002

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated, | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS** |
| Plaintiffs, | |
| vs. | Date: May 7, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor<br>Judge: Honorable George H. Wu |
| TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP, | |
| Defendants. | |

Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace, on behalf of themselves and the Settlement Class, respectfully submit this Unopposed Motion for Certification of a Settlement Class.

PLEASE TAKE NOTICE that on May 7, 2026, at 8:30 a.m. or such date as determined by the Court, in the United States District Court for the Central District of California, before the Honorable George H. Wu, in Courtroom 9D, 9th Floor of the United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only; and (ii) appointing Plaintiffs as class representatives, and appointing Bottini & Bottini, Inc. as class counsel.

This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Certification of a Settlement Class, all records and papers on file in this action, and any argument offered at a hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 2, 2026. Defendants do not oppose the relief sought by this motion. As this motion is unopposed, Plaintiffs respectfully request that the Court grant the motion without a hearing.

Dated: April 3, 2026

Respectfully submitted,

BOTTINI & BOTTINI, INC.

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
Email:      fbottini@bottinilaw.com

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace*

1