UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-9311-GW-Ex | Date | April 6, 2026 |
| Title | *Dinko Mihaylov v. Tattooed Chef, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | ECRO / Court Smart | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Brian Yang, by telephone<br>Allison K. Kostecka, by telephone |

**PROCEEDINGS : STATUS CONFERENCE**

Counsel for Plaintiff is not present.

The Court confers with defense counsel. The parties are scheduled to return on May 7, 2026, for Plaintiff's motions for preliminary approval of the class action settlement and for certification of the settlement class.

: 01

Initials of Preparer JG