GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 172603
    cvarnen@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

GIBSON, DUNN & CRUTCHER LLP
ALLISON KOSTECKA, Admitted *Pro Hac Vice*
    akostecka@gibsondunn.com
1900 Lawrence Street, Suite 3000
Denver, Colorado 80202
Telephone:  303.298.5700
Facsimile:   303.298.5907

*Attorneys for Defendants SALVATORE GALLETTI,
STEPHANIE DIECKMANN, and SARAH GALLETTI*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, and SARAH GALLETTI,<br><br>          Defendants. | CASE NO. 2:22-cv-09311-GW-E<br><br>**DECLARATION OF CRAIG VARNEN REGARDING DEFENDANTS' CAFA MAILING** |

Gibson, Dunn & Crutcher LLP

I, Craig Varnen, declare and state as follows.

1.    I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Salvatore Galletti, Stephanie Dieckmann, and Sarah Galletti (collectively, "Defendants") in the above-captioned case.

2.    I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq*. ("CAFA").

3.    On April 22, 2026, Defendants caused the letter attached hereto as **Exhibit A** ("CAFA Notice") to be sent to the acting Attorney General of the United States via certified mail, return receipt requested, providing notice of the proposed settlement in this action in accordance with 28 U.S.C. § 1715.  The same CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives (modifying only the addressee information).[1]  At the Court's request, a copy of each individual CAFA Notice that was sent can be provided.

4.    Attached hereto as **Exhibit B** is a list of the recipients to whom the CAFA Notices were sent.

5.    Pursuant to 28 U.S.C. § 1715(b), the CAFA Notices enclosed copies of: the complaints filed in this action (Dkt. Nos. 1, 64, 124); Lead Plaintiffs' unopposed motion for preliminary approval of the settlement (Dkt. Nos. 155, 155-1); and documents filed in conjunction with the motion for preliminary approval of the settlement, including the Stipulation and Agreement of Settlement (Dkt. No. 155-6), the proposed order preliminarily approving the settlement (Dkt. No. 155-7), the proposed notices for the proposed settlement (Dkt. No. 155-1, Exhibits A-1, A-2, A-3), the proposed proof of claim and release form (Dkt. No. 155-1, Exhibit A-4), and the proposed judgment approving the settlement (Dkt. No. 155-1, Exhibit B).  The CAFA Notices also provided notice that at this time a complete list of putative class members does not exist, and that

---

[1] The Attorneys General of Connecticut, Nevada, and New York prefer to receive CAFA notices via email, so the CAFA Notice was also sent to these jurisdictions via email.

1

Defendants do not at present have information to estimate the number of putative class members residing in each state.

6. Although the CAFA Notices were sent 19 days after Lead Plaintiffs filed their unopposed motion for preliminary approval, Defendants respectfully submit that the notice requirements of CAFA have been complied with because—according to the schedule proposed in the motion for preliminary approval—final approval of the settlement will not occur until more than 90 days after the CAFA notices were sent.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of April, 2026 at Los Angeles, California.

DATED: April 29, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Craig Varnen
Craig Varnen
333 South Grand Avenue
Los Angeles, California 90071
Telephone:    213.229.7000
cvarnen@gibsondunn.com

*Attorneys for Defendants SALVATORE GALLETTI, STEPHANIE DIECKMANN, and SARAH GALLETTI*

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF CRAIG VARNEN REGARDING DEFENDANTS' CAFA MAILING
CASE NO. 2:22-CV-09311-GW-E