BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, JOHN HANCOCK, SHASHANK BAGUL, JOHN SPADARO, MUSTAPHA HOTAIT, and MARCO STARACE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TATTOOED CHEF, INC., SALVATORE GALLETTI, STEPHANIE DIECKMANN, CHARLES F. CARGILE, EDWARD GELFAND, PAULA CIARAMITARO, MARIE QUINTERO-JOHNSON, SARAH GALLETTI, and BDO USA, LLP,<br><br>Defendants. | Case No. 2:22-cv-9311-GW-E<br><br>Class Action<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF INCENTIVE AWARDS**<br><br>Date: September 3, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor<br>Judge: Honorable George H. Wu |

Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace ("Plaintiffs"), on behalf of themselves and the Settlement Class, respectfully submit this Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses to Lead Counsel and Incentive Awards to Plaintiffs.

PLEASE TAKE NOTICE that on September 3, 2026, at 8:30 a.m. or such date as determined by the Court, in the United States District Court for the Central District of California, before the Honorable George H. Wu, in Courtroom 9D, 9th Floor of the United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs will and hereby do move the Court for an order: (i) granting final approval of the proposed Settlement of this class action, which includes dismissal of claims against Defendants, approval of the release of claims against all released parties, and entry of final judgment, and (ii) granting an award of attorneys' fees and expenses to Lead Counsel and incentive awards to Plaintiffs.

This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses, the Declaration of Francis A. Bottini, Jr. with the exhibits thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 6, 2026. Defendants do not oppose the relief sought by this motion.

Dated: August 6, 2026

Respectfully submitted,
BOTTINI & BOTTINI, INC.

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037

Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com

*Counsel for Lead Plaintiffs John Hancock, Shashank Bagul, John Spadaro, Dr. Mustapha Hotait, and Marco Starace*